**Exhibit A**

CH\748681.2

JAN-28-2005 FRI 11:15 AM KENT CUSTIS LLP         FAX NO. 5032204299         P. 02

# KENT CUSTIS LLP
### ATTORNEYS AT LAW

Kent Custis LLP
1500 SW Taylor St.
Portland, OR 97205
(503) 220-0717
(503) 220-4299 FAX

LESLIE S. JOHNSON
*Licensed in Oregon and Washington*

Email: ljohnson@kentlaw.com

January 28, 2005

VIA FACSIMILE & MAIL

Danielle S. Kemp, Esq.
Latham & Watkins
233 S Wacker Drive, Ste. 5800
Chicago, IL 60606

Re:  **In Re GST Telecom, Inc., et al.**
     **U.S. Bankruptcy Court, District of Delaware, Case No. 00-1982 (GMS)**
     Our File No.: 1285-004

Dear Danielle:

In response to your letters of January 21 and 26 and 27, we are not authorized to respond on substantive issues on John Warta's behalf pending our formal withdrawal.

With respect to the announcement of another 18 boxes of records for production, I am sure the new counsel would appreciate some description of the nature of the records before making a decision on review versus copying.

I think your complaints about the passage of a few days given the months of inactivity on the depositions are unfair. As Joe Arellano, our successor, reported to Judge Thynge, he is presently in a trial that is likely to last through at least next week. Even so, we are meeting today with his team to take further steps in transition of the case. We have no intention of letting the transition cause slippage of the Court's scheduled cut-off dates, as evidenced by Joe's participation in the scheduling conference with Judge Thynge one court day after his retention.

Very truly yours,

Leslie S. Johnson

LSJ/lsj
Cc:  Joseph C. Arellano via fax
21413.doc