**Exhibit B**

CH\748681.2

```
                                                       CAW/JL/LS
                                                    RECEIVED          1
                                                    OCT 28 2004
 1          IN THE UNITED STATES BANKRUPTCY COURT CHRISTOPHER A. WARD
 2              IN AND FOR THE DISTRICT OF DELAWARE
 3                          - - -
 4  In re:                        :    Chapter 11
                                  :
 5  GST TELECOM INC., et al.,     :    Case No. 00-1982(GMS)
                                  :
 6           Debtors.             :    (Jointly Administered)
 7                          - - -
 8                    Wilmington, Delaware
                    Thursday, October 7, 2004
 9                       10:00 a.m.
                        In Chambers
10
11                          - - -
12  BEFORE:  HONORABLE GREGORY M. SLEET, U.S.D.C.J.
13  APPEARANCES:
14       RICARDO PALACIO, ESQ.
         Ashby & Geddes, P.A.
15              -and-
         CHRISTOPHER H. KENT, ESQ., and
16       LESLIE S. JOHNSON, ESQ.
         Kent Custis, LLP
17       (Portland, Oregon)
18                 Counsel for John Warta
19       CHRISTOPHER WARD, ESQ.
         The Bayard Firm
20              -and-
         WILLIAM GIBBONS, ESQ., and
21       DANIELLE KEMP, ESQ.
         Latham & Watkins LLP
22       (Chicago, Illinois)
23                 Counsel for GST
24                          - - -
25
```

32

discussion that are in dispute.

We will resolve the discovery dispute during the TC. If we don't, we will engage in a letter-writing process, a little less expansive in terms of the number of pages than permitted here on the privilege issue, two pages, two pages, that kind of thing, unless I determine that I would benefit from full briefing. Then I will release you to do that, engage in full-blown motions practice. It generally doesn't happen.

So that's the way you raise discovery matters with the Court. As well as, not just disputes over inadequate responses to interrogatories alleged, but matters related to the schedule and things of that nature. Don't file motions in this chambers to expand, for instance, the fact discovery deadline. If you have an interest in addressing my discretion on an issue like that, what you need to do is talk, send over a stipulation, with an explanation as to why you want the relief that you are requesting.

Let's say it's an extension of the fact discovery deadline. I would like a detailed explanation as to why you have not done what you have agreed that you can do today, and otherwise I am going to get you on the phone and we will talk about it. I really don't like having to do that, to re-circle back, because it takes time.

Okay. Amendment and joinder, I think counsel