IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GST TELECOM INC., et al.,<br><br>Debtors.<br><br>_____<br><br>GST TELECOM INC., et al.,<br><br>Counterplaintiffs,<br><br>v.<br><br>JOHN WARTA,<br><br>Counterdefendant. | Chapter 11<br><br>Case No. 00-1982 (GMS)<br><br>Jointly Administered<br><br><br><br><br>Civil Docket No. 04-CV-1380 |

### NOTICE OF COMPLETION OF BRIEFING [Re: Docket No. 29]

PLEASE TAKE NOTICE that on February 10, 2005 GST Telecom Inc., et al. (collectively, the "Debtors") filed their Motion For Costs and Fees (the "Motion") [Docket No. 29].

PLEASE TAKE FURTHER NOTICE that on February 25, 2005, the above-captioned defendant (the "Defendant") filed its response in opposition to the Motion (the "Response") [Docket No. 33].

PLEASE TAKE FURTHER NOTICE that on March 4, 2005, the Debtors filed their Memorandum in Support of GST's Motion for Fees and Costs (the "Reply") [Docket No. 35]. Pursuant to District Court Local Rule 7.1.2, the briefing related to the Motion has been completed. Contemporaneously herewith, pursuant to the District Court

578826v1

Local Rules, copies of the Motion, Response, and Reply are being delivered to the chambers of the Honorable Gregory M. Sleet.

|  |  |
|---|---|
| Dated: March 9, 2005 | THE BAYARD FIRM<br><br>By: _____<br>Steven M. Yoder (No. 3885)<br>Christopher A. Ward (No. 3877)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br><br>-and-<br><br>David S. Heller<br>William J. Gibbons<br>Josef S. Athanas<br>Michael J. Faris<br>Danielle S. Kemp<br>Latham & Watkins LLP<br>Suite 5800 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL 60606<br>(312) 876-7700<br><br>Attorneys for the Debtors |