IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| *In re*: | ) ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 00-1982 (GMS)<br><br>Jointly Administered |
| GST TELECOM INC., et al., | | |
| Debtors. | | |
| GST TELECOM INC., et al.,<br><br>Counterplaintiffs,<br><br>v.<br><br>JOHN WARTA,<br><br>Counterdefendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Pro. No. 04-55890 (GMS)<br><br>Civil Action No.: 04-CV-1380 |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1.4, Counterdefendant, John Warta, by and through his undersigned counsel, hereby respectfully requests oral argument on GST's Motion For Fees and Costs (Docket No. 29), briefing of which was completed on March 4, 2005.

DATED: March 9, 2005

ASHBY & GEDDES, P.A.

_____
Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue, 17th Floor
PO Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888

*-and-*

KENNEDY, WATTS, ARELLANO & RICKS LLP
Joseph C. Arellano, Esq.
Daniel L. Keppler, Esq.
1211 SW 5th Ave., Suite 2850
Portland, OR 97204
Telephone: (503) 228-6191

*Counsel for John Warta*

154379v1

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on March 9, 2005, I caused one copy of the foregoing *Request for Oral Arguement* to be served upon the persons listed below by first class United States Mail, postage prepaid, or in the manner so indicated.

| **HAND DELIVERY** | **U.S. MAIL & FACSIMILE** |
|---|---|
| Steven M. Yoder, Esq. | William J. Gibbons, Esq. |
| Christopher A. Ward, Esq. | Danielle S. Kemp, Esq. |
| The Bayard Firm | Latham & Watkins |
| PO Box 25310 | Suite 5800 Sears Tower |
| Wilmington, DE 19801 | 233 South Wacker Drive |
|  | Chicago, Illinois 60606 |
|  | Facsimile: 312-993-9767 |

_____
Ricardo Palacio (I.D. #3765)