## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esquire, hereby certify that on this 10th day of March, 2005, I caused a true and correct copy of the **Amended Notice of Deposition** to be served upon the parties listed below in the manners indicated:

Christopher A. Ward, Esquire (No. 3877)

**UNITED STATES MAIL**

Christopher Kent, Esq.
Kent Custis LLP
1500 SW Taylor Street
Portland, Oregon 97205

Daniel L. Keppler, Esquire
Kennedy, Watts, Arellano & Ricks LLP
1211 SW 5th Avenue, Suite 2850
Portland, OR 97204

**HAND DELIVERY**

Phillip Trainer, Esq.
Ricardo Palacio, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, Delaware 19899

R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue
Suite 1500
Wilmington, DE 19899