IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| In re: | ) | Case No. 00-1982 (GMS) |
| | ) | |
| GST TELECOM INC., et al., | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| GST TELECOM INC., et al., | ) | |
| | ) | Adv. Pro. No. 04-55890 (GMS) |
| Counterplaintiffs, | ) | |
| | ) | Civil Action No.: 04-CV-1380 |
| v. | ) | |
| | ) | |
| JOHN WARTA, | ) | |
| | ) | |
| Counterdefendant. | ) | |

**JOHN WARTA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING COUNTS I-IV OF GST'S AMENDED COUNTERCLAIM**

Counterdefendant John Warta ("Warta"), by and through his undersigned counsel, hereby moves the Court, pursuant to Fed.R.Civ.P. 56, for an order granting Warta summary judgment regarding Counts I-IV of GST Telecom, Inc., et al's (collectively, "GST") Amended Counterclaim. GST filed those counterclaims against Warta in this case after the applicable statute of limitations expired, and, therefore, those claims are time-barred as a matter of law.

This motion is supported by the accompanying Opening Brief in Support of John Warta's Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim, and the Affidavit of Daniel L. Keppler in Support of John

Warta's Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim, each of which have been filed contemporaneously herewith.

DATED: March 15, 2005

> KENNEDY, WATTS, ARELLANO
>   & RICKS LLP
> Joseph C. Arellano, pro hac vice
> Daniel L. Keppler, pro hac vice
> 1211 SW 5th Ave., Suite 2850
> Portland, OR 97204
> (503) 228-6191
>
> -and-
>
> ASHBY & GEDDES
>
> ___/s/ Ricardo Palacio___
> Philip Trainer, Jr. (I.D. #2788)
> Ricardo Palacio (I.D. #3765)
> 222 Delaware Avenue, 17th Floor
> PO Box 1150
> Wilmington, DE 19899-1150
> (302) 654-1888
>
> *Attorneys for Counterdefendant John Warta*

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, Esquire hereby certify that, on the 15th day of March, 2005, I caused a true and correct copy of the attached *John Warta's Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim* to be served upon below listed counsel by U.S. Mail, postage pre-paid, or in the manner so indicated.

**U.S. MAIL**
William J. Gibbons, Esq.
Danielle S. Kemp, Esq.
Latham & Watkins
Suite 5800 Sears Tower
233 South Wacker Drive
Chicago, Illinois 60606
Facsimile:  312-993-9767

**HAND DELIVERY**
Steven M. Yoder, Esq.
Christopher A. Ward, Esq.
The Bayard Firm
222 Delaware Ave., Suite 900
Wilmington, Delaware 19899

/s/ Ricardo Palacio
Ricardo Palacio (#3765)

154613.1