# EXHIBIT D

RECEIVED

APR 1 1999

45446-7

512

'MARKOWITZ, HERBOLD,
GLADE & MEHLHAF, P.C.

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

COREY K. FORD,

        Plaintiff,

        v.

GST TELECOMMUNICATIONS, INC., a
Canadian corporation; GST TELECOM,
INC., a Delaware corporation; PACWEST
NETWORK, LLC, an Oregon limited
liability company; JOHN WARTA, an
individual; and STEPHEN IRWIN, an
individual,

        Defendants.

GST TELECOMMUNICATIONS, INC., a
Canadian corporation, and GST
TELECOM, INC., a Delaware
corporation,

        Cross-Claimants
        And Third Party Plaintiffs,

        v.

JOHN WARTA, an individual; STEPHEN
IRWIN, an individual; PACWEST
NETWORK, LLC, an Oregon limited
liability company; PACWEST
NETWORK, INC., a Washington
corporation; PCS PLUS HOLDINGS
CORPORATION, a Delaware
corporation; PCS PLUS PACIFIC, INC.,
a Delaware corporation, and CLIFFORD
SANDER, an individual,

        Cross-Claim and Third-
        Party Defendants.

No. 9902-01746

ANSWER, AFFIRMATIVE
DEFENSES, CROSS-
CLAIMS, AND THIRD-
PARTY CLAIMS OF
DEFENDANTS GST
TELECOMMUNICATIONS,
INC. AND GST TELECOM,
INC.

*(Claim Not Subject to
Mandatory Arbitration)*

Page 1 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
     OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ___D___

PAGE ___ OF ___    4|12

1   Defendants, Cross-Claimants, and Third-Party Plaintiffs GST

2   Telecommunications, Inc. and GST Telecom, Inc. (collectively, "GST") for

3   their Answer to the Complaint of Plaintiff Corey K. Ford, admit, deny and

4   allege as follows:

5   1.

6   Answering Paragraph 1, GST is without sufficient information or

7   knowledge to form a belief as to the truth of the allegations contained in

8   Paragraph 1 of the Complaint, and on that basis, denies each and every

9   allegation contained therein.

10   2.

11   Answering paragraph 2, GST admits the allegations of Paragraph

12   2 of the Complaint.

13   3.

14   Answering Paragraph 3, GST is without sufficient information or

15   knowledge to form a belief as to the truth of the allegations contained in

16   Paragraph 3 of the Complaint, and on that basis, denies each and every

17   allegation contained therein.

18   4.

19   Answering Paragraph 4, GST admits the allegations of Paragraph

20   4 of the Complaint.

21   5.

22   Answering Paragraph 5, GST admits the allegations of Paragraph

23   5 of the Complaint.

24   6.

25   Answering Paragraph 6, GST admits the allegations of Paragraph

26   6 of the Complaint.

Page 2 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ___D___
PAGE _____ OF _____

12.

Answering Paragraph 12, GST denies having projected any value for the stock option package "Firm Option" referenced in Paragraph 12. GST also denies that the Agreement contained a provision specifying payment of liquidated damages in the amount of $450,000 to Plaintiff in the event of premature termination of the Agreement. With respect to the terms of the Agreement, GST refers the court to the Agreement itself and denies any characterization thereof. GST is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations of Paragraph 12, and on that basis, denies each and every remaining allegation contained therein.

13.

Answering Paragraph 13, GST denies that it owed any duty to Plaintiff or that it dealt with Plaintiff unfairly. GST is without sufficient information or knowledge to form a belief as to the truth of the remaining allegations of Paragraph 13, and on that basis, denies each and every remaining allegation contained therein.

14.

Answering Paragraph 14, GST admits that it advanced approximately $14.5 million to Magnacom Wireless LLC, now known as PCS Plus (hereinafter "PCS Plus"), and received a contract for prepaid services in consideration for such advances. GST further admits that certain of its personnel and resources were advanced to PCS Plus, and that PCS Plus subleased office space in Vancouver, Washington from GST. At all times relevant to Plaintiff's allegations, GST believed that it was receiving or would receive full and fair consideration for such advances of personnel and

Page 4 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ___D___
PAGE ___ OF ___

1  **FOR A SEVENTH AFFIRMATIVE DEFENSE**, GST alleges as

2  follows:

3  56.

4  (Failure to State a Claim)

5  Ford's claims are barred, in whole or in part, because he has

6  failed to state a claim under Oregon or Washington law.

7

8  **FOR AN EIGHTH AFFIRMATIVE DEFENSE**, GST alleges as

9  follows:

10  57.

11  (Illegality)

12  Ford's claims are barred in whole or part because, if the

13  Agreement is interpreted in the manner urged by Ford, such Agreement must

14  be deemed illegal and unenforceable.

15

16  **FOR A FURTHER ANSWER, AND AS CROSS-CLAIMS AND**

17  **THIRD-PARTY CLAIMS**, GST alleges as follows:

18  **INTRODUCTION**

19  58.

20  Through this action, Plaintiff seeks to hold GST, among others,

21  responsible for his frustrated expectations concerning his employment.

22  Plaintiff's claimed entitlements arise from the employment agreement he

23  executed with PCS Plus and PCS Holdings.  The agreement was executed by

24  Warta on behalf of both PCS Plus and PCS Holdings.  Warta owns and

25  controls each of these companies.  Plaintiff alleges that Warta and Irwin, a

26  PCS Plus officer and legal counsel to PCS Plus, each offered promises and

Page 15 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ___D___

PAGE _____ OF _____

1 assurances to Plaintiff to induce him enter into the employment agreement.
2 Thus, it is not surprising that Plaintiff named Warta, a company entirely
3 owned by Warta, and Irwin as defendants in the present litigation. GST's
4 connection to Plaintiff's situation is considerably less clear.

5                                   59.

6          GST is *not* a party to Plaintiff's employment agreement with PCS
7 Plus and PCS Holdings, and has no relationship with Plaintiff. GST did not
8 authorize Warta, Irwin, or any other GST officer or director to assume any of
9 PCS Plus' obligations or to guarantee PCS Plus' performance in any way. If
10 Warta, Irwin or others made any verbal representations to Plaintiff
11 concerning GST, they did so because of their personal interests in PCS Plus
12 and Warta's other alter-ego companies, and not for the benefit of or at the
13 direction of GST. GST has received no benefit from Plaintiff's services or
14 any of the conduct alleged in the Complaint. Indeed, GST has little or no
15 knowledge concerning many of Plaintiff's allegations concerning his
16 employment, and should not be made to satisfy the alleged obligations of the
17 company that received the benefit of Plaintiff's services.

18                   **JURISDICTION AND VENUE**
19                                   60.

20          This court has jurisdiction over each of the cross-claims and
21 third-party claims alleged herein pursuant to ORCP 4. Multnomah County is
22 the proper venue for this action because Defendant Pacwest Network, LLC
23 has its registered agent here and because the cross-claims and third-party
24 claims alleged herein arise from the same events alleged in the Complaint.
25 ORS 14.080.
26

Page 16 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
        OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
                        BULLIVANT HOUSER BAILEY
                        A Professional Corporation
                        888 SW Fifth Avenue, Suite 300
                        Portland, Oregon 97204-2089
                        Telephone (503) 228-6351

EXHIBIT _____ D _____
PAGE _____ OF _____

## THE PARTIES

61.

Cross-Claimants and Third-Party Plaintiffs GST Telecommunications, Inc. is a Canadian Corporation with its principal place of business in Vancouver, Washington. GST is a leading facilities-based provider of advanced telecommunications products and services. The common stock of GST is traded on the NASDAQ. The Company currently operates telecommunications networks in 42 cities and has 2 additional networks under development. The Company has built fiber and switching infrastructures in selected cities in the western United States and is pursuing a strategy of linking the markets it serves via advanced long haul fiber optic networks. GST's integrated communications product and service offerings include Plain Old Telephone Service (POTS), analog trunk, private line, long distance, data (frame relay and ATM), paging, Centrex, and Custom Local Signaling Services (CLASS) such as call forwarding, caller I.D., voice mail, and automatic call back. GST also offers a full complement of Internet services, including dial-up, dedicated access, Electronic Data Interchange (EDI), and Web services. GST has no business operations in Canada.

62.

Cross-Claimants and Third-Party Plaintiffs GST Telecom, Inc. ("Telecom") is a Delaware Corporation with its principal place of business in Vancouver, Washington. Telecom is a wholly-owned subsidiary of GST.

63.

Cross-Defendant John Warta ("Warta") is a resident of Clark County, Washington, and is, or was during the course of events described below, owner of Pacwest Network, Inc. and Pacwest Network, LLC

Page 17 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT _____ D

PAGE _____ OF _____

1  (collectively "Pacwest"); owner, both directly and through Pacwest, of PCS

2  Plus Holdings Corporation ("PCS Holdings"); owner, through PCS Holdings,

3  of PCS Plus; owner of Guam Net, Inc., now known as PCS Plus Pacific, Inc.

4  (hereinafter "PCS Pacific"); President and Chief Executive Officer of GST;

5  Chairman of the GST Board of Directors; a member of the GST Executive

6  Committee; and a member of the Telecom Board of Directors.

7                                            64.

8           Cross-Defendant Stephen Irwin ("Irwin") is a resident of New

9  Jersey, and is, or was during the course of events described below, a Vice-

10 President of GST; a Director of GST; Vice-Chairman of the GST Board of

11 Directors; a member of the Telecom Board of Directors; a member of the GST

12 Executive Committee; a member of the GST Finance Committee; Secretary of

13 GST; Vice President of Holdings; and an officer of PCS Plus; and counsel to

14 GST, PCS Plus and PCS Holdings.

15                                           65.

16          Cross-Defendant PCS Holdings is a Delaware corporation with its

17 principal place of business in Vancouver, Washington. PCS Holdings is a

18 parent company to PCS Plus and its subsidiaries, including PCS Pacific, and

19 is owned and controlled by Warta.

20                                           66.

21      .     Cross-Defendant Pacwest Network, LLC is an Oregon Limited

22 Liability Company with its principal place of business in Vancouver,

23 Washington. Pacwest Network, LLC is owned and controlled by Warta and

24 maintains a registered agent in Portland, Multnomah County, Oregon.

25                                           67.

26          Third-Party Defendant Pacwest Network, Inc. is a Washington

Page 18 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
          OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

EXHIBIT ___D___
PAGE _____ OF _____

1 | corporation with its principal place of business in Vancouver, Washington.

2 | Pacwest Network, Inc. is owned and controlled by Warta.

3 | 68.

4 | Third-Party Defendant Clifford Sander is a resident of Clark

5 | County, Washington and is, or was during the course of events described

6 | below, Treasurer, Chief Accounting Officer and Senior Vice-President of

7 | GST.

8 | 69.

9 | Third-Party Defendant PCS Pacific is a Delaware corporation

10 | with its principal place of business in Vancouver, Washington.  PCS Pacific

11 | is indirectly owned and controlled by Warta.

12 |

13 | **THE FACTS**

14 | 70.

15 | GST's alleged involvement in or responsibility for the events

16 | described in the Complaint principally relates to the conduct of Warta, Irwin,

17 | and Sander.  Plaintiff alleges that Warta, Irwin, and Sander represented to

18 | Plaintiff that PCS Plus was a front for GST, and that GST would stand behind

19 | PCS Plus with respect to its obligations to Plaintiff. Plaintiff further alleges

20 | that GST allocated personnel and resources for the benefit of PCS Plus.  In

21 | truth, GST intended from the beginning to maintain an arms-length

22 | relationship with PCS Plus, and certainly would not and did not assume any

23 | responsibility for PCS Plus' support or obligations to its employees or other

24 | parties.

25 | 71.

26 | If Warta, Irwin, and Sander did make the alleged promises or

Page 19 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ____D____

PAGE ____ OF ____

1  representations to Plaintiff, they exceeded their actual and apparent authority

2  as GST officers and directors in doing so, and no reasonable person would

3  believe that Warta, Irwin, or Sander had the authority to bind GST to such an

4  onerous unilateral obligation through mere oral assurances to a third party.

5  GST is not a party to the Agreement; thus, GST's alleged obligations are

6  claimed to result from oral statements alone, and not from any document

7  executed on GST's behalf by Warta, Irwin, Sander, or any other GST officer

8  or director.    Moreover, GST had neither actual nor constructive notice of any

9  such promises or representations and derived no benefit from Plaintiff's

10  services.

11  72.

12  Similarly, if Warta, Irwin, and Sander improperly diverted GST's

13  resources for the use of PCS Plus, they exceeded their authority in doing so,

14  and GST has not waived its right to seek reimbursement for such resources

15  from PCS Plus. GST intended and believed, at all times relevant to Plaintiff's

16  allegations, that GST received or would receive fair consideration for any

17  GST personnel or resources that were used for PCS Plus.  Any GST personnel

18  and resources that were used for PCS Plus without consideration for GST

19  were diverted without GST's authorization or knowledge, and were diverted

20  dishonestly and in bad faith by Warta, Irwin and Sander solely for their own

21  benefit, and for the benefit of and on behalf of PCS Plus, Pacwest, PCS

22  Holdings, and PCS Pacific.

23  73.

24  GST had no knowledge of or control over the actions of Warta,

25  Irwin, and Sander with respect to PCS Plus during any period relevant to this

26  litigation.  Although GST has no knowledge of the matters alleged by

Page 20 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT _____ D_____

PAGE _____ OF _____

1 Plaintiff with respect to his employment, GST has been injured by the self-
2 serving ultra vires actions and conflicts of interest of Warta, Irwin and
3 Sander concerning PCS Plus. At the time that Plaintiff filed the Complaint,
4 GST already had claims relating to Magnacom (PCS Plus) pending against
5 Warta and Irwin in King County, Washington, and against Sander in Clark
6 County, Washington. GST has not authorized, endorsed, or adopted the
7 actions of Warta, Irwin and Sander concerning PCS Plus in any way, and is
8 vigorously pursuing claims against these individuals for their unauthorized
9 and undisclosed conduct in contravention of GST's interests. Pacwest, PCS
10 Holdings, PCS Pacific, and PCS Plus are each alter egos of Warta, and each
11 of these entities, along with Warta, Irwin and Sander, have been unjustly
12 enriched by such unauthorized and undisclosed conduct. Thus, Plaintiff's
13 allegations that GST is an alter ego of PCS Plus and PCS Holdings, and that
14 GST is responsible for any alleged representations or promises made by
15 Warta, Irwin or Sander with respect to PCS Plus, have no basis.

16

17                **FIRST CROSS/THIRD-PARTY CLAIM**

18                          (Indemnity)

19        (Against all Cross-Claim and Third-Party Defendants)

20                              74.

21        .        GST incorporates the allegations set forth in paragraphs 1
22 through 74 above.

23                              75.

24        GST did not authorize, condone, adopt, or have knowledge of any
25 of the promises and representations alleged in the Complaint to have been
26 made on GST's behalf or for GST's benefit. GST did not authorize, condone,

Page 21 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
         OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
                     BULLIVANT HOUSER BAILEY
                      A Professional Corporation
                  888 SW Fifth Avenue, Suite 300
                     Portland, Oregon 97204-2089
                     Telephone (503) 228-6351

EXHIBIT  D
PAGE ___ OF ___

1  adopt, or have knowledge of any diversion of GST's resources without

2  consideration for the benefit of PCS Plus as alleged in the Complaint.

3                              76.

4          If Warta, Irwin or Sander made any of the promises or

5  representations alleged in the Complaint, or caused the diversion of GST's

6  resources without consideration for the benefit of PCS Plus, they exceeded

7  the scope of their actual and apparent authority and acted dishonestly and in

8  bad faith in doing so.  Moreover, their actions violated fiduciary duties owed

9  to GST, and they engaged in these actions solely for their own benefit, and

10 for the benefit of and on behalf of PCS Plus, Pacwest, PCS Holdings, and

11 PCS Pacific, and these entities were unjustly enriched thereby.

12                             77.

13         If Plaintiff's alleged damages are proven at trial, Warta, Irwin

14 and Sander shall have directly and proximately caused Plaintiff's damages for

15 their own benefit, and for the benefit of and on behalf of PCS Plus, Pacwest,

16 PCS Holdings, and PCS Pacific.

17                             78.

18         If GST is held responsible for Plaintiff's alleged damages

19 through this action, GST will be damaged thereby, and such damage will have

20 been directly and proximately caused by Warta, Irwin and Sander for their

21 own benefit, and for the benefit of and on behalf of PCS Plus, Pacwest, PCS

22 Holdings, and PCS Pacific, each of which is an alter ego of Warta.  Such

23 imputed or vicarious liability for the unauthorized ultra vires conduct of

24 Warta, Irwin and Sander in violation of their fiduciary duties to GST would

25 be inherently inequitable.  Thus, GST will be entitled to full indemnity from

26 Warta, Irwin, Sander, Pacwest, PCS Holdings, and PCS Pacific for any

Page 22 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT
PAGE _____ OF ___

1  judgment against GST.

2      WHEREFORE, GST prays for relief as hereinafter set forth.

3

4              **SECOND CROSS/THIRD-PARTY CLAIM**

5                  (Implied Equitable Indemnity)

6          (Against all Cross-Claim and Third-Party Defendants)

7                              79.

8      GST incorporates the allegations set forth in paragraphs 1

9  through 78 above.

10                             80.

11     As set forth above, if GST is held responsible for Plaintiff's

12 alleged damages through this action, GST will be damaged thereby, and such

13 damage will have been directly and proximately caused by Warta, Irwin and

14 Sander, through their bad faith and dishonest conduct, for their own benefit,

15 and for the benefit of and on behalf of PCS Plus, Pacwest, PCS Holdings, and

16 PCS Pacific, and these entities will have been unjustly enriched thereby.

17 Such imputed or vicarious liability for the unauthorized ultra vires conduct of

18 Warta, Irwin and Sander in violation of their fiduciary duties to GST would

19 be inherently inequitable, especially when PCS Plus, Pacwest, PCS Holdings,

20 and PCS Pacific, who each benefited from such conduct, are alter-egos of

21 Warta. Thus, GST will be entitled to full equitable indemnity from Warta,

22 Irwin, Sander, Pacwest, PCS Holdings, and PCS Pacific for any judgment

23 against GST.

24     WHEREFORE, GST prays for relief as hereinafter set forth.

25

26

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ___ D

PAGE ___ OF ___

## THIRD CROSS/THIRD-PARTY CLAIM

### (Contribution)

### (Against all Cross-Claim and Third-Party Defendants)

81.

GST incorporates the allegations set forth in paragraphs 1 through 80 above.

82.

As set forth above, if Plaintiff's alleged damages are proven at trial, Warta, Irwin and Sander, through their bad faith and dishonest conduct, shall have directly and proximately caused Plaintiff's damages for their own benefit, and for the benefit of and on behalf of PCS Plus, Pacwest, PCS Holdings, and PCS Pacific.

83.

GST has not caused and is not responsible for Plaintiff's alleged damages. Thus, if GST is held responsible for Plaintiff's alleged damages through this action, GST will be entitled to complete contribution for any judgment against GST from Warta, Irwin, Sander, Pacwest, PCS Holdings, and PCS Pacific, and under no circumstances will GST be entitled to less than pro rata contribution from each of the Cross-Claim and Third-Party Defendants.

WHEREFORE, GST prays for relief as hereinafter set forth.

///

///

///

///

Page 24 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ___ D ___

PAGE ___ OF ___

## FOURTH CROSS/THIRD-PARTY CLAIM

### (Equitable Apportionment)

### (Against all Cross-Claim and Third-Party Defendants)

84.

GST incorporates the allegations set forth in paragraphs 1 through 84 above.

85.

As set forth above, if Plaintiff's alleged damages are proven at trial, Warta, Irwin and Sander shall have directly and proximately caused Plaintiff's damages for their own benefit, and for the benefit of and on behalf of PCS Plus, Pacwest, PCS Holdings, and PCS Pacific, and each of these entities shall have been unjustly enriched thereby.

86.

GST has not caused and is not responsible for Plaintiff's alleged damages. Thus, if GST is held responsible for Plaintiff's alleged damages through this action, GST will be entitled to equitable apportionment of any judgment against GST, such that the entire obligation for any such judgment shall be apportioned to Warta, Irwin, Sander, Pacwest, PCS Holdings, and PCS Pacific.

WHEREFORE, GST prays for relief as hereinafter set forth.

## FIFTH CROSS/THIRD-PARTY CLAIM

### (Breach of Fiduciary Duty of Loyalty)

### (Against Warta, Irwin and Sander)

87.

GST incorporates the allegations set forth in paragraphs 1

BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ____ D____

PAGE _____ OF ____

1 | through 86 above.

2 | 88.

3 | Warta, Irwin and Sander, as GST officers and directors, each
4 | owed a duty of loyalty to GST. Pursuant to that duty of loyalty, Warta, Irwin
5 | and Sander were bound to avoid engaging in any acts or omissions
6 | inconsistent with GST's best interests, or from serving the interests of
7 | another entity at GST's expense.

8 | 89.

9 | GST did not authorize, condone, adopt, or have knowledge of any
10 | of the promises and representations alleged in the Complaint to have been
11 | made on GST's behalf or for GST's benefit. GST did not authorize, condone,
12 | adopt, or have knowledge of any diversion of GST's resources without
13 | consideration for the benefit of PCS Plus as alleged in the Complaint.

14 | 90.

15 | If Warta, Irwin or Sander made any of the promises or
16 | representations alleged in the Complaint, or caused the diversion of GST's
17 | resources without consideration for the use of PCS Plus, they acted
18 | dishonestly and in bad faith and for their own financial advantage based on
19 | their personal interest in the Warta entities. In doing so, they violated their
20 | fiduciary duties to GST. Any such activity was directly contrary to GST's
21 | best interests, and served the interests of other entities at GST's expense, in
22 | violation of the duty of loyalty.

23 | 91.

24 | If GST is held responsible for Plaintiff's alleged damages
25 | through this action, GST will be damaged thereby, and such damage will have
26 | been directly and proximately caused by breaches of the fiduciary duty of

Page 26 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT ____
PAGE ____ OF ____

1  loyalty by Warta, Irwin and Sander for their own benefit, and for the benefit

2  of PCS Plus, Pacwest, PCS Holdings, and PCS Pacific. Thus, GST will be

3  entitled to recover its damages from Warta, Irwin, and Sander.

4

5                **SIXTH CROSS/THIRD-PARTY CLAIM**

6                (Breach of Fiduciary Duty of Care)

7               (Against Warta, Irwin and Sander)

8                        92.

9       GST incorporates the allegations set forth in paragraphs 1

10  through 91 above.

11                       93.

12       Warta, Irwin and Sander, as GST officers and directors, each

13  owed a duty of care to GST. Pursuant to that duty of care, Warta, Irwin and

14  Sander were bound to exercise due care in conducting GST or other business

15  in order to serve and protect GST's best interests.

16                      94.

17       GST did not authorize, condone, adopt, or have knowledge of any

18  of the promises and representations alleged in the Complaint to have been

19  made on GST's behalf or for GST's benefit. GST did not authorize, condone,

20  adopt, or have knowledge of any diversion of GST's resources without

21  consideration for the benefit of PCS Plus as alleged in the Complaint.

22                    95.

23       If Warta, Irwin or Sander made any of the promises or

24  representations alleged in the Complaint, or caused the diversion of GST's

25  resources without consideration for the use of PCS Plus, they acted

26  dishonestly and in bad faith and failed to exercise due care to avoid injury to

Page 27 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT _____
PAGE _____ OF _____

1  GST and to serve and protects its interests. Any such activity was directly

2  contrary to GST's best interests, and served the interests of other entities at

3  GST's expense, in violation of the duty of care.

4                                 96.

5       If GST is held responsible for Plaintiff's alleged damages

6  through this action, GST will be damaged thereby, and such damage will have

7  been directly and proximately caused by breaches of the fiduciary duty of

8  care by Warta, Irwin and Sander for their own benefit, and for the benefit of

9  PCS Plus, Pacwest, PCS Holdings, and PCS Pacific. Thus, GST will be

10 entitled to recover its damages from Warta, Irwin, and Sander.

11

12              **SEVENTH CROSS/THIRD-PARTY CLAIM**

13                          (Declaratory Relief)

14           (Against all Cross-Claim and Third-Party Defendants)

15                                97.

16       GST incorporates the allegations set forth in paragraphs 1

17 through 96 above.

18                                98.

19       As set forth above, if Warta, Irwin or Sander made any of the

20 promises or representations alleged in the Complaint, or caused the diversion

21 of GST's resources without consideration for the benefit of PCS Plus, they

22 exceeded the scope of their actual and apparent authority and acted

23 dishonestly and in bad faith in doing so. Moreover, their actions violated

24 fiduciary duties owed to GST, and they engaged in these actions solely for

25 their own benefit, and for the benefit of and on behalf of PCS Plus, Pacwest,

26 PCS Holdings, and PCS Pacific. Thus, GST is entitled to a declaration that

Page 28 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT
PAGE ___ OF ___

1  GST is in no way responsible for the conduct of Warta, Irwin or Sander,

2  either on their own behalf or on behalf of PCS Plus, Pacwest, PCS Holdings,

3  or PCS Pacific, relating to PCS Plus.

4                                     99.

5          WHEREFORE, GST is entitled to relief as follows:

6          a.      For indemnity, contribution or apportionment such that

7  Cross-Defendants and Third-Party Defendants shall satisfy any judgment for

8  Plaintiff against GST in its entirety;

9          b.      For GST's costs of suit, including reasonable attorneys'

10 fees;

11         c.      For further relief in the form of a declaration that GST is in

12 no way responsible for the conduct of Warta, Irwin or Sander, either on their

13 own behalf or on behalf of PCS Plus, Pacwest or PCS Holdings, relating to

14 PCS Plus; and

15         d.      Granting GST such other and further relief as the Court

16 may deem just and proper.

17         DATED this 12th day of April, 1999.

18                        BULLIVANT HOUSER BAILEY
                          A Professional Corporation
19

20                        By _R. G. Matson_
21                            Richard G. Matson, OSB #89302

22                        BULLIVANT, HOUSER, BAILEY
                          A Professional Corporation
23                        300 First Independent Place
                          1220 Main Street
24                        Vancouver, WA  98660-2962
                          Telephone:  (360) 693-2424
25                        Facsimile:  (360) 695-8504

26

Page 29 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
         OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
                        BULLIVANT HOUSER BAILEY
                        A Professional Corporation
                        888 SW Fifth Avenue, Suite 300
                        Portland, Oregon 97204-2089
                        Telephone (503) 228-6351

EXHIBIT  D
PAGE ___ OF ___

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
DAVID S. STEUER
JARED L. KOPEL
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants, Cross-Claimants and
Third-Party Plaintiffs, GST
TELECOMMUNICATIONS, INC. and GST
TELECOM, INC.

Trial Attorney:  Richard G. Matson,
                 OSB No. 89302

Page 30 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS
   OF DEFENDANTS GST TELECOMMUNICATIONS, INC.
BULLIVANT HOUSER BAILEY
A Professional Corporation
888 SW Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone (503) 228-6351

EXHIBIT

PAGE ___ OF ___

CERTIFICATE OF SERVICE

I certify that, on the date indicated below, I caused a true copy of the ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS OF DEFENDANTS GST TELECOMMUNICATIONS, INC. AND GST TELECOM, INC., to be served by facsimile transmission and by regular, first-class mail delivery, to:

Dennis P. Rawlinson
Miller, Nash, Wiener, Hager & Carlson, LLP
Suite 3500
111 S.W. Fifth Avenue
Portland, OR 97204
(503) 224-5858
FAX: (503) 224-0155

Peter H. Glade
Markowitz, Herbold, Glade & Mehlhaf, P.C.
Suite 3000 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204-3730
(503) 295-3085
FAX: (503) 323-9105

DATED this _12th_ day of April, 1999.

Richard G. Matson, WSB #19641
Of Attorneys for Defendants, Cross-Claimants and Third-Party Plaintiffs, GST TELECOMMUNICATIONS, INC. and GST TELECOM, INC.

F:\CLIENTS\12368\8\PLDGS\ANSWER.DOC

Page 31 – ANSWER, AFFIRMATIVE DEFENSES, CROSS-CLAIMS, AND THIRD-PARTY CLAIMS OF DEFENDANTS GST TELECOMMUNICATIONS, INC.

EXHIBIT D
PAGE ___ OF ___