EXHIBIT H

HONORABLE GLENNA HALL

1

2

3

4

5

6

7    IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
     IN AND FOR THE COUNTY OF KING

8

9    JOHN WARTA,

10                    Plaintiff,

11         v.

12   GST USA, INC., a Delaware corporation;
     GST TELECOM, INC., a Delaware
13   corporation and GST
     TELECOMMUNICATIONS, INC., a
14   Canadian corporation,

15                    Defendants.

16   GST USA, INC., a Delaware corporation;
     GST TELECOM, INC., a Delaware
17   corporation and GST
     TELECOMMUNICATIONS, INC., a
18   Canadian corporation,

19                    Counterclaim Plaintiffs,

20   JOHN WARTA and his marital community;
     CLIFFORD SANDER and his marital
21   community,

22                    Counterclaim Defendants.

No. 99-2-02287-4SEA

ORDER GRANTING GST
DEFENDANTS' MOTION FOR
REINSTATEMENT OF ACTION

23         THIS MATTER having come on regularly for hearing before the undersigned Judge

24   of the above-entitled Court, upon Defendants GST USA, Inc., GST Telecom, Inc., and GST

25   Telecommunications, Inc.'s Motion for Reinstatement of Action, and the Court having

26   reviewed the pleadings, and having heard argument of counsel, and being otherwise fully

Page 1 -   ORDER GRANTING GST DEFENDANTS' MOTION FOR
           REINSTATEMENT OF ACTION

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone:    (206) 292-8930

EXHIBIT ___
PAGE ___ OF ___

1  advised, NOW, THEREFORE,

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GST Defendants'

3  Motion for Reinstatement of Action is granted.  Cause number 99-2-02287-4SEA shall be

4  revived and stayed and then shall remain pending on the Court's docket in the same status as

5  existed on December 20, 2000, with all claims and defenses of all parties' preserved as they

6  then existed, pending further order of this Court.

7      SIGNED this ____15____ day of October, 2004.

8

9                          JAMES A. DOERTY

10                         Honorable Glenna Hall

11  Presented By:

12  Bullivant Houser Bailey PC

13

14  By _____
        Thomas D. Adams, WSBA #18470
15      Kristi Favard, WSBA #34419

16  Attorneys for Defendants GST USA, Inc.,
    GST Telecom, Inc., and GST Telecommunications, Inc.

17  3417636.1

18

19

20

21

22

23

24

25

26

Page 2 -  ORDER GRANTING GST DEFENDANTS' MOTION FOR
          REINSTATEMENT OF ACTION

Bullivant|Houser|Bailey PC
1601 Fifth Avenue, Suite 2300
Seattle, WA  98101-1618
Telephone:    (206) 292-8930

EXHIBIT ___H___
PAGE ___ OF ___