IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GST TELECOM INC., et al., | ) | Case No. 00-1982 (GMS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| GST TELECOM INC., et al., | ) | |
| | ) | Civil Docket No. 04-CV-1380 |
| Counterplaintiffs, | ) | |
| v. | ) | |
| JOHN WARTA, | ) | |
| Counterdefendant. | ) | |

## AGREED ORDER

**THIS MATTER COMING** before the Court on the Agreed Motion for Extension of Time, the Court being duly advised in the premises, and pursuant to agreement between the parties, it is hereby Ordered that the Debtors shall have an additional seven (7) days to file its response to John Warta's Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim. The Debtors' response is now due on or before April 5, 2005.

Dated: _____, 2005

_____
The Honorable Gregory M. Sleet
United States District Court

581508v1