## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on this 5th day of April, 2005, I caused a copy of the **Declaration of Danielle S. Kemp in Support of Debtors' Response Memorandum of Points and Authorities in Opposition to John Warta's Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim** to be served upon the individuals below as indicated.

### VIA HAND DELIVERY

Philip Trainer, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Joseph Arellano, Esquire
Daniel Keppler, Esquire
Kennedy Watts Arellano & Ricks LLP
2850 Pacwest Center
1211 Southwest Fifth Avenue
Portland, OR 97204

Mary E. Augustine (No. 4477)

582749v1