# EXHIBIT 2

*John Warta*
*13513 N.E. 132nd Avenue*
*Brush Praire, WA*

June 15, 1998

To:     GST Telecommunications, Inc. and its Subsidiaries

From:   John Warta

    I hereby resign, effective immediately, as the Chairman of the Board and Chief Executive Officer of GST Telecommunications, Inc. and as a director and officer of each of the subsidiaries of GST Telecommunications, Inc.

    Yours truly,

*John Warta*



DEPOSITION EXHIBIT
11
Warta  2-20-04

GST-WARTA
0000027