# EXHIBIT 3

John Warta
P.O. Box 2010
Vancouver, WA 98668-2010
360-835-0172 phone
360-835-8050 fax

September 15, 1998

Mr. Robert Ferchat
Acting Chairman of the Board
GST Telecommuncations

Please accept this as my immediate resignation as of the above date from the Board of Directors of GST Telecommunications.

John Warta



CONFIDENTIAL

GST-WARTA
0000028