

## RATE SCHEDULE

### ARTICLE B.4 - PRIVATE LINE RATES

B.4.1  Definitions:

    (a)    Type 1 (On-Net) is defined as GST-owned and operated fiber optic network.

    (b)    Type 3 (Off-Net) is defined as GST-leased network. All Type 3 services will offered on an ICB basis at GST's sole discretion. GST will establish rates for type 3 services based upon the cost to GST plus five percent (5%).

B.4.2  Rate Table:

## GST Long Haul: On-Net

|  | Monthly Recurring Charges | | | | Non-Recurring Charges |
|---|---|---|---|---|---|
|  | 1 Year Term Per DS-0 Mile | 2 Year Term Per DS-0 Mile | 3 Year Term Per DS-0 Mile | 5 Year Term Per DS-0 Mile |  |
| DS-1 | $0.0700 | $0.0700 | $0.0700 | $0.0700 | $400.00 |
| DS-3 | $0.0300 | $0.0300 | $0.0300 | $0.0300 | $1,100.00 |
| OC-3 | $0.0285 | $0.0285 | $0.0285 | $0.0285 | $4,000.00 |
| OC-12 | $0.0270 | $0.0270 | $0.0270 | $0.0270 | $12,000.00 |

### ARTICLE B.5 - ACCESS ONE RATES

GST will provide PCS Plus Access One Services via a single meet point arrangement at GST's Point of Presence (POP) at a rate which is thirty percent (30%) above the LEC/ILEC rate elements for such Service. Access One Service is a LATA-wide, originating and terminating switched access service similar to that of Feature Group D.

**Access One**

|  | Interstate | Intrastate |
|---|---|---|
|  | Terminating Switching Charges | Terminating Switching Charges |
| Phoenix | 0.018788 | 0.084551 |
| Tucson | 2Q98 | 2Q98 |
| Albuquerque | 2Q98 | 2Q98 |
| Portland | 2Q98 | 2Q98 |
| Spokane | 2Q98 | 2Q98 |
| Hawaii | 2Q98 | 2Q98 |
| Guam | 2Q98 | 2Q98 |

### ARTICLE B.6 - LONG DISTANCE RATES

B.6.1  GST will provide PCS Plus long distance Services pursuant to Article 22 using its own network and the network of other telecommunications carriers. However, PCS Plus must deliver all Long Distance traffic to GST via a DS-1 connection from the PCS Plus switch to the designated GST switch.

B.6.2  GST will provide PCS Plus Domestic Interstate Dedicated 1+ Long Distance Services at cost plus five percent (5%) or $0.05 per minute, whichever is higher. GST current cost structure is $0.016 for the first 18 seconds and $0.0053 for each 6 second increment following.

B.6.3  GST will provide PCS Plus Domestic Interstate Dedicated 800/888 Long Distance Services at cost plus five percent (5%) or $0.055 per minute, whichever is higher. GST current cost structure is $0.057 per minute.

B.6.4  GST will provide PCS Plus International Dedicated 1+ Long Distance Services at cost plus five percent (5%).

## ARTICLE B.7 - CENTRAL OFFICE RATES

B.7.1  The provision of GST Central Office ("CO") collocation space, for the locations specified below, will be subject to availability and GST's prior commitments to its existing customers, including its end users and other telecommunications carriers.

B.7.2  CO space will be suitable for switching equipment and will conform to all local building codes. Maximum floor space, whether specified by square footage or available facility, is listed in the table below. PCS Plus will be required to return all leased space to its original condition at the end of this Agreement subject to the terms of a mutually acceptable collocation agreement executed between the parties.

B.7.3  All CO sites will have AC power available. GST will supply power to PCS Plus at cost plus five percent (5%). GST will be responsible for determining and operating all required environmental control equipment (Heating/Ventilating/Air Conditioning) at the rates set forth in the collocation agreement based upon the heat dissipation of the installed equipment.

B.7.4  Any leasehold improvements that are required to accommodate PCS Plus's Facilities will be passed through to PCS Plus at GST's cost plus five percent (5%). Amounts greater than five thousand dollars ($5,000) will be amortized over the remaining Term of the applicable Service Order or collocation agreement. PCS Plus must commit to a "take or pay" arrangement for all the leased space for the Term of the contract, meaning that PCS Plus must pay the specified rates regardless of whether it uses such space.

B.7.5  GST shall not charge PCS Plus any MRC for the collocation space during the initial construction period, not to exceed six (6) months, provided PCS Plus does not use the space during that time to generate any revenues. The "initial construction period" shall mean the time required by PCS Plus to install its Facilities in the collocation space for the first time. PCS Plus shall have the added right to defer the first six (6) MRC payments, per collocation space, and amortize them over a twenty-four (24) month period provided PCS Plus pays all non-recurring charges ("NRC") within thirty (30) days of receipt of invoice in accordance with Article 13.

GST-WARTA0010341

B.7.6  Rate Table:

| Switch Site | Square Feet | MRC | NRC | Power NRC Per Amp |
|---|---|---|---|---|
| Albuquerque | 1,500 | $7,500 | $2,000 | $100 |
| Boise | (1) Cabinet * | $450 | $800 | $100 |
| Portland | 1,500 | $7,500 | $2,000 | $100 |
| Phoenix | 1,200 | $6,000 | $2,000 | $100 |
| Spokane | (1) Cabinet * | $450 | $800 | $100 |
| Hawaii | 500 | $2,500 | $1,000 | $100 |
| Guam | 100 | $500 | $1,000 | $100 |

* Standard 23" Telecommunications Lockable Cabinet

GST-WARTA0010342

# Exhibit C - Service Standards

Services and Facilities identified in Exhibit A, I through IV will be provided in accordance with the appropriate Interstate Tariff and Industry Standard Technical Parameters.

GST-WARTA0010343

# Exhibit D - Insurance Provisions

The following insurance requirements shall not otherwise limit either Party's indemnification obligations hereunder. Each Party shall obtain, and maintain, the following types of insurance at, or above, the stated minimum coverage amounts, at its sole expense, for the duration of this Agreement:

1. Workers' Compensation and Employer's Liability: All applicable (i) workers' compensation (with an all states endorsement), (ii) disability benefits, and (iii) other similar state-required workers' benefit insurance at the required minimum statutory amounts, plus employer's liability insurance of at least one million dollars ($1,000,000) per occurrence;

2. Commercial General Liability: A commercial general liability policy of at least one million dollars ($1,000,000), per occurrence, which includes coverage for (i) contractual liability, (ii) premises and operations, (iii) products and completed operations, (iv) broad form property damage, and (v) does not exclude coverage for explosions, collapse, and underground liability, which shall be maintained for at least one (1) year following the termination of this Agreement for any reason;

3. Automobile Liability: Automobile liability insurance which includes bodily injury and property damage of at least one million dollars ($1,000,000) combined single limit, per occurrence, for all owned, non-owned and hired vehicles that are or may be used in the performance of this Agreement;

4. Excess Liability or Umbrella. Excess liability or umbrella insurance of at least five million dollars ($5,000,000), per occurrence, covering losses in excess of the above listed coverages except for disability benefits and other similar state-required workers' benefit insurance. On the anniversary of the second year of this Agreement, each Party shall be required to increase its excess liability or umbrella insurance coverage to at least ten million dollars ($10,000,000) per occurrence. On the anniversary of the third year of this Agreement and throughout every Extension, each Party shall be required to increase its excess liability or umbrella insurance coverage to at least forty million dollars ($40,000,000) per occurrence.

GST-WARTA0010344

# Exhibit E - Service Order

GST-WARTA0010345

# GST TELECOM

## Dial Tone Service Order

| GST Switch | Order Date | Desired Due Date | Order Number | Work Order Number |
|---|---|---|---|---|
|  |  |  |  |  |

☐ New Service  ☐ Additional Service  ☐ Change  ☐ Cancellation  ☐ Disconnect

### Customer Information

| Company Name | | |
|---|---|---|
| Street Number / Direction | Building Name | |
| Street Name | Room | Floor |
| City | State | Zip |
| Initiator | Title | |
| Telephone | Fax | |
| Email Address | Alternate Contact | |
| TSP: ☐ TSP Required | TSP Code (Govt & Hosp Only) | |

### Billing Information

| Bill To | | |
|---|---|---|
| Address | Building Name | |
| Address | Room | Floor |
| City | State | Zip |
| Billing Contact | Title | |
| Telephone | Fax | |
| Additional Billing To: ☐ Central ☐ Each Location | Lead Source: ☐ ACM ☐ TM | |
| Main GST Billing Telephone # | Deposit Amount (if required) | |

### GST Charges

| Description | MRC Qty. | MRC Total | NRC Qty. | NRC Total |
|---|---|---|---|---|
| Centrex Line |  |  |  |  |
| BX Feature Package |  |  |  |  |
| CX Feature Package |  |  |  |  |
| Sub Total |  | $  - |  | $  - |

**SAMPLE**

| Promo Codes | Term Discount |
|---|---|
|  |  |

$  -

Select 900/976 Blockage
○ 900 & 976   ○ 900   ○ 976   ● None

**TOTAL CHARGES** $  -     $  -

*Customer agrees to assume all responsibility for charges, costs and expenses associated with calls to the 900 or 976 services selected above. GST Telecom agrees to provide & the Customer agrees to accept services described above for the service commitment period and charges listed above, subject to the terms & conditions contained in the GST Master Service Agreement and/or appropriate tariff.*

| GST General Manager's Signature | Contract Term - Years: 3 | Customer Signature |
|---|---|---|
| Printed Name | Signature Date of MSA | Printed Name |
| Title & Date | Lease  Lease, Existing GST Facilities, GST Build Facilities | Title & Date |

| Account Executive | Telephone | Email | Office | Sales I.D. Number |
|---|---|---|---|---|
| T Smith | 222-5016 |  | Ontario |  |

Order

GST-WARTA0010346

# Local Business Service Order

**GST TELECOM**

| State | Locale | Term | Rate | Zone | Order Date | Desired Date | Credit # |
|---|---|---|---|---|---|---|---|
| HI | Hawaii | Meas. | | | | | |

☑ New Order ☐ Additional Service ☐ Change ☐ Cancellation ☐ Disconnect

## 1. Customer Information

| Company Name | | | |
|---|---|---|---|
| Street No. | Direction | Building Name | |
| Street Name | | Room | Floor |
| City | | State | Zip |
| Initiator | | Title | |
| Telephone | | Fax | |
| Email Address | | Alternate Contact | |

## 2. Billing Information

| Bill To | | | |
|---|---|---|---|
| Address | | Building Name | |
| Address | | Room | Floor |
| City | | State | Zip |
| Billing Contact | | Title | |
| Telephone | | Fax | |
| Additional Billing To: ☐ Central ☐ Each Location | Lead Source ☐ ACM | ☐ TM |

## 3. Local Business Service (Complete Pages 1 and 2)

| | Number | LATA PIC | Inter-Lata PIC | Bus. Line MRC | Bus. Line NRC | Features MRC | Features NRC | Total MRC | Total NRC |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | 0 | 0 | 0 | $ - | $ - | $0.00 | $0.00 | $0.00 | $0.00 |
| Misc. | | | | | | | | $0.00 | $0.00 |
| Misc. | | | | | | | | $0.00 | $0.00 |
| Misc. | 0 | 0 | 0 | | | | | $0.00 | $0.00 |
| | | | | | | | Totals | $0.00 | $0.00 |

**SAMPLE**

| | Day | Eve | Night | | Day | Eve | Night |
|---|---|---|---|---|---|---|---|
| Initial Minute | #N/A | #N/A | #N/A | Ea. Addtl. 6 sec. | #N/A | #N/A | #N/A |

GST Telecom agrees to provide & the Customer agrees to accept services described above for the service commitment period and charges listed above, subject to the terms & conditions contained in the GST Master Service Agreement and/or appropriate tariff if existing.

☐ Expedited Service Interval, additional GST and LEC charges may apply.
☐ Standard Service Interval

900/976 Blockage: ☐ 900  ● 976  ☐ Neither  ☐ Both

Term in Months: 1    BL Discount: 0%

| GST Signature | Order Tracking Number | Customer Signature |
|---|---|---|
| Printed Name | | Printed Name |
| Title & Date | Billing Telephone Number | Title & Date |
| Account Executive | Telephone | Email | Office | Sales I.D. Number |

GST-WARTA0010347

## GST TELECOM - SERVICE ORDER

New Order ☐    Change ☐    Cancellation ☐    Disconnect ☐

### CUSTOMER INFORMATION
- COMPANY NAME
- ADDRESS / BUILDING NAME
- ADDRESS
- CITY / ST / ZIP
- INITIATOR / TELEPHONE
- TITLE / FAX

### CIRCUIT DETAIL
- ORDER DATE / DESIRED DUE DATE / GST ORDER NO.
- GST CIRCUIT NUMBER / JES / JAS
- DS0
- QTY / SVC TYPE / SPECIFY
- Intra-State / End User / Point-Point
- CUSTOMER PON / CUST CKT NO.
- RELATED ORDER NO / HUB / RELATED CKT. NO.

### LOCATION 1
- COMPANY NAME / NPA/NXX
- ADDRESS / BUILDING NAME
- ADDRESS / FLR / ROOM
- CITY / ST / ZIP
- CONTACT / TELEPHONE
- TECHNICAL CONTACT / TELEPHONE
- YES / GST
- EXT. DMARC / WHERE / WHO
- BUILDING CODE / LOCATION CODE / MUX

### LOCATION 2
- COMPANY NAME / NPA/NXX
- ADDRESS / BUILDING NAME
- ADDRESS / FLR / ROOM
- CITY / ST / ZIP
- CONTACT / TELEPHONE
- TECHNICAL CONTACT / TELEPHONE
- YES / GST
- EXT. DMARC / WHERE / WHO
- BUILDING CODE / LOCATION CODE / MUX

### TERMINATING INFORMATION

**DS0**
| | | | |
|---|---|---|---|
| Type | n/a | Wires | n/a |
| Svc | n/a | Timing | n/a |
| Sig. | n/a | Ringing | n/a |
| Rate | n/a | Other | n/a |
| Intfc. | n/a | | |

**DS1**
| | |
|---|---|
| Type | n/a |
| Framing | n/a |
| Other | |

**DS3**
| | |
|---|---|
| Type | n/a |
| Other | |

| | | | |
|---|---|---|---|
| Application | n/a | Duplex | n/a |
| Type | n/a | CO | |
| Build Estimate | | Quote Attch? | n/a |
| Fract. Speed | | | |
| LAN Type | n/a | Conn. | n/a |
| Other | | | |

**OC3**

### Remarks:

### Billing Information
- BILL TO
- BILLING CONTACT / TEL / FAX
- ADDRESS / FLR / RM
- CITY / ST / ZIP
- 12 MONTHS LENGTH OF CONTRACT

### SERVICE CHARGES

| Network | Product Code | Non Recurring PRICE | QTY | EXTENDED | Monthly Recurring PRICE | QTY | EXTENDED |
|---|---|---|---|---|---|---|---|
| INITIAL SERVICE | | | | $ 0.00 | | | $ 0.00 |
| ADDITIONAL SERVICE | | | | $ 0.00 | | | $ 0.00 |
| Other ( ) | | | | $ 0.00 | | | $ 0.00 |
| **Equipment** | | | | | | | |
| Type: | | | | $ 0.00 | | | $ 0.00 |
| Type: | | | | $ 0.00 | | | $ 0.00 |
| **Other Special** | | | | | | | |
| | | | | $ 0.00 | | | $ 0.00 |
| | | | | $ 0.00 | | | $ 0.00 |
| | | TOTALS | | $ 0.00 | TOTALS | | $ 0.00 |

### CUSTOMER APPROVAL
GST Telecom agrees to provide & the Customer agrees to accept services described above for the service commitment period and charges listed above, subject to the terms & conditions contained in the GST Master Service Agreement and/or appropriate tariff.

SIGNATURE / TITLE / DATE

### GST USE
- ACCOUNT EXECUTIVE
- YES MSA? / YES LOA? / YES RESALE LICENSE COPY
- Order Tracking Number
- AE SIGNATURE / DATE / SALES MANAGER / H.Q. STAFF

GST-WARTA0010348