# EXHIBIT 12

# SWIDLER & BERLIN
CHARTERED

DATE STAMP & RETURN

January 16, 1998

**VIA HAND DELIVERY**

Magalie Roman Salas, Secretary
Federal Communications Commission
1919 M Street, N.W.
Room 222
Washington, D.C. 20554

RECEIVED
JAN 16 1998
FEDERAL COMMUNICATIONS COMMISSION
OFFICE OF THE SECRETARY

Re:  FCC Form 490 Application for Pro Forma Transfer of Control
Assignor: Magnacom Wireless, LLC; Assignee: PCS Plus, Inc.

Name Change Notification
Guam Net, Inc., to PCS Plus Pacific, Inc.

FCC Form 490 Application for Pro Forma Transfer of Control
Assignor: PCS Plus Pacific, Inc.; Assignee: PCS Plus, Inc.

FCC Form 490 Applications for Pro Forma Assignment of Authorization
Assignor: PCS Plus, Inc.; Assignee: PCS Plus Arkansas, Inc.
Assignor: PCS Plus, Inc.; Assignee: PCS Plus Hawaii, Inc.
Assignor: PCS Plus, Inc.; Assignee: PCS Plus Northwest, Inc.
Assignor: PCS Plus, Inc.; Assignee: PCS Plus Southwest, Inc.

Dear Ms. Salas:

On behalf of PCS Plus, Inc. ("PCS Plus") and Magnacom Wireless, LLC ("Magnacom Wireless") transmitted herewith is a paper original and three (3) microfiche copies of the referenced FCC Form 490 pro forma transfer of control of Magnacom Wireless to PCS Plus, FCC Form 490 pro forma transfer of control of PCS Plus Pacific, Inc., to PCS Plus, Inc., and FCC Form 490 pro forma assignment of authorizations from PCS Plus, Inc. to PCS Plus Arkansas, Inc., PCS Plus Hawaii, Inc., PCS Plus Northwest, Inc., and PCS Plus Southwest, Inc. At present, the Commission's rules do not prescribe a filing fee for assignment applications under Part 24, and thus no fee is submitted with this application. These applications represent a three-step pro forma transaction in a corporate structural reorganization. In addition, a change of name notification for Guam Net, Inc., to PCS Plus Pacific, Inc., is also included.

3000 K STREET, N.W. • SUITE 300
WASHINGTON, D.C. 20007-5116

ATER 001437
CONFIDENTIAL

# EXHIBIT S

GST-WARTA0010220

Ms. Magalie Roman Salas
January 16, 1998
Page 2

Should you have any questions, please do not hesitate to contact us.

Respectfully submitted,

*Nancy Killien Spooner*

Phyllis A. Whitten
Nancy Killien Spooner

Enclosures

223034.1

ATER 001438
CONFIDENTIAL

GST-WARTA0010221

**FCC 490**

FEDERAL COMMUNICATIONS COMMISSION

## Application for Assignment of Authorization or Consent to Transfer of Control of Licensee

Commercial Mobile Radio Services
Rural Radiotelephone Service

FCC Use Only (File Number)

FCC Use Only

### FILING FEE

| (a) Fee Type Code | (b) Fee Multiple | (c) Fee Due for Fee Type Code in (a) | (d) Total Amount Due | FCC Use Only |
|---|---|---|---|---|
| N/A | | | $ N/A | |

### ASSIGNOR OR TRANSFEROR

| T1. Name of Assignor or Transferor | T2. Voice Telephone Number |
|---|---|
| Magnacom Wireless, L.L.C. | (360) 694-9438 |

| T3. Assumed Name Used for Doing Business (if any) | T4. Fax Telephone Number |
|---|---|
| | (360) 694-0879 |

T5. Mailing Street Address or P.O. Box
4001 Main Street

| T6. City | T7. State | T8. Zip Code |
|---|---|---|
| Vancouver | WA | 98663 |

| T9. Name of Contact Representative (if other than Assignor or Transferor) | T10. Voice Telephone Number |
|---|---|
| Nancy Killien Spooner | (202) 424-7673 |

| T11. Firm or Company Name | T12. Fax Telephone Number |
|---|---|
| Swidler & Berlin, Chartered | (202) 424-7645 |

T13. Mailing Street Address or P.O. Box
3000 K Street, N.W. Suite 300

| T14. City | T15. State | T16. Zip Code |
|---|---|---|
| Washington, | DC | 20007-5116 |

### TYPE OF TRANSACTION

T17. This application requests  (T)  **A**ssignment of authorization   Consent to **T**ransfer of Control of Licensee

T18. How will assignment or transfer of control be accomplished?  (O)  **S**ale or other transfer or assignment of stock   **O**ther

T19. This assignment of authorization or transfer of control of licensee is  (V)  **V**oluntary  **I**nvoluntary

T20. Will this be a pro forma assignment or transfer of control?  (Y)  **Y**es  **N**o

T21. Is local or state authorization required for this assignment or transfer of control?  (N)  **Y**es  **N**o

ATER 001439
**CONFIDENTIAL**

FCC Form 490 - Page 1

GST-WARTA0010222

## AUTHORIZATION(S) TO BE ASSIGNED OR TRANSFERRED

| T22. Call Sign | T23. Radio Service | T24. Date of Grant | T25. How Obtained | T26. Name of Licensee (as appearing in FCC Records) |
|---|---|---|---|---|
| KNLF806 | CW | 11/1/96 | CB | Magnacom Wireless, L.L.C. |
| KNLF809 | CW | 11/1/96 | CB | Magnacom Wireless, L.L.C. |
| KNLF810 | CW | 11/1/96 | CB | Magnacom Wireless, L.L.C. |
| KNLF808 | CW | 11/1/96 | CB | Magnacom Wireless, L.L.C. |
| KNLF807 | CW | 11/1/96 | CB | Magnacom Wireless, L.L.C. |
| KNLF748 | CW | 10/16/97 | VA | Magnacom Wireless, L.L.C. |
| KNLF752 | CW | 10/16/97 | VA | Magnacom Wireless, L.L.C. |
| KNLF749 | CW | 10/16/97 | VA | Magnacom Wireless, L.L.C. |
| KNLF750 | CW | 10/16/97 | VA | Magnacom Wireless, L.L.C. |
| KNLF751 | CW | 10/16/97 | VA | Magnacom Wireless, L.L.C. |
| KNLF753 | CW | 10/16/97 | VA | Magnacom Wireless, L.L.C. |
| KNLF996 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG994 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG997 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLH772 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLH773 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG995 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG856 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG998 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG857 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLH751 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLH396 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG858 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |
| KNLG996 | CW | 5/12/97 | CB | Magnacom Wireless, L.L.C. |

ATER 001440
CONFIDENTIAL

GST-WARTA0010223

## ASSIGNMENT OF STOCK

| Stock | Number of Shares | Classification |
|---|---|---|
| Shares to be transferred | T27 | T28 |
| Shares issued and outstanding | T29 | T30 |
| Shares authorized | T31 | T32 |

## ASSIGNEE OR TRANSFEREE

| T33. Name of Assignee or Transferee | T34. Voice Telephone Number |
|---|---|
| PCS Plus, Inc. | (360) 694-9438 |
| T35. Assumed Name Used for Doing Business (if any) | T36. Fax Telephone Number |
|  | (360) 694-0879 |

| T37. Mailing Street Address or P.O. Box |
|---|
| 4001 Main Street |

| T38. City | T39. State | T40. Zip Code |
|---|---|---|
| Vancouver, | WA | 98663 |

## NEW LICENSEE INFORMATION

| T41. Legal Name of Licensee | T42. Voice Telephone Number |
|---|---|
| PCS Plus, Inc. | (360) 694-9438 |
| T43. Assumed Name Used for Doing Business (if any) | T44. Fax Telephone Number |
|  | (360) 694-0879 |

| T45. Mailing Street Address or P.O. Box |
|---|
| 4001 Main Street |

| T46. City | T47. State | T48. Zip Code |
|---|---|---|
| Vancouver, | WA | 98663 |

## ALIEN OWNERSHIP

| T49. Is the assignee or transferee a foreign government or the representative of any foreign government? | (N) Yes No |
|---|---|
| T50. Is the assignee or transferee an alien or the representative of an alien? | (N) Yes No |
| T51. Is the assignee or transferee a corporation organized under the laws of any foreign government? | (N) Yes No |
| T52. Is the assignee or transferee a corporation of which any officer or director is an alien or of which more than one-fifth of the capital stock is owned of record or voted by aliens or their representatives or by a foreign government or representative thereof or by any corporation organized under the laws of a foreign country? | (N) Yes No |
| T53. Is the assignee or transferee a corporation directly or indirectly controlled by any other corporation of which any officer or more than one-fourth of the directors are aliens, or of which more than one-fourth of the capital stock is owned of record or voted by aliens, their representatives, or by a foreign government or representative thereof, or by any corporation organized under the laws of a foreign country? * If "yes", attach exhibit explaining nature and extent of alien or foreign ownership or control. | (N) Yes No |

ATER 001441
CONFIDENTIAL

FCC Form 490 Page 2

GST-WARTA0010224

## BASIC QUALIFICATIONS

| | | |
|---|---|---|
| T54 | Has the assignor or transferor, assignee or transferee, or any party to this application had any FCC station authorization, license or construction permit revoked or had any application for an initial modification or renewal of FCC station authorization, license, construction permit denied by the Commission? | (N)  Yes  No |
| T55 | Has the assignor or transferor, assignee or transferee, or any party to this application, or any party directly or indirectly controlling the assignor or transferor, assignee or transferee, or any party to this application ever been convicted of a felony by any state or federal court? | (N)  Yes  No |
| T56 | Has any court finally adjudged the assignor or transferor, assignee or transferee, or any party to this application, or any person directly or indirectly controlling the assignor or transferor, assignee or transferee, or any party to this application, guilty of unlawfully monopolizing or attempting to monopolize radio communication directly or indirectly, through control of manufacture or sale of radio apparatus, exclusive traffic arrangement or any other means or unfair methods of competition? | (N)  Yes  No |
| T57 | Is the assignor or transferor, assignee or transferee, or any party to this application, or any person directly or indirectly controlling the assignor or transferor, assignee or transferee, or any party to this application, currently a party in any pending matter referred to in the preceding two items? | (N)  Yes  No |
| T58 | Do the undersigned each certify (by responding "Y" to the question) that neither the assignor or transferor nor the assignee or transferee is subject to a denial of Federal benefits that includes FCC benefits pursuant to Section 5301 of the Anti-Drug Abuse Act of 1988, 21 U.S.C. § 862, because of a conviction for possession or distribution of a controlled substance?  * See 47 CFR 1.2002(b) for the meaning of "party to the application" for these purposes | (Y)  Yes  No |

## ASSIGNOR OR TRANSFEROR CERTIFICATION

The ASSIGNOR or TRANSFEROR represents that the authorization will not be assigned or that control of the licensee will not be transferred unless and until the consent of the Federal Communications Commission has been given; that all exhibits attached or referenced herein are a material part hereof and are incorporated herein as if set out in full in this application; and that all statements made in this application are true, complete and correct to the best of his or her knowledge and belief.

| T59. Typed Name of Person Signing | T60. Title |
|---|---|
| John Warta | Managing Member |
| T61. Signature | T62. Date |
| [signature] | 1/12/98 |

## ASSIGNEE OR TRANSFEREE CERTIFICATION

The ASSIGNEE or TRANSFEREE waives any claim to the use of any particular frequency or of the electromagnetic spectrum as against the regulatory power of the United States because of the previous use of the same, whether by license or otherwise. The assignee or transferee certifies that grant of this assignment or transfer of control would not cause the assignee or transferee to be in violation of the spectrum aggregation limit in 47 CFR Part 20. The assignee or transferee agrees to assume all obligations and abide by all conditions imposed upon the assignor or transferor under the subject authorization(s), unless the Federal Communications Commission pursuant to a request made herein otherwise allows, except for liability for any act done by, or any right accrued by, or any suit or proceeding had or commenced against, the assignor or transferor prior to this assignment or transfer of control. The undersigned, individually and for the assignee or transferee, hereby certifies that the statements made herein are true, complete and correct to the best of his or her knowledge and belief, and are made in good faith.

T63. The assignee or transferee is a (an) (C)    Individual    Unincorporated Association    Partnership    Corporation

| T64. Typed Name of Person Signing | T65. Title |
|---|---|
| John Warta | Director |
| T66. Signature | T67. Date |
| [signature] | 1/12/98 |

**WILLFUL FALSE STATEMENTS MADE ON THIS FORM ARE PUNISHABLE BY FINE AND/OR IMPRISONMENT (U.S. Code, Title 18, Section 1001), AND/OR REVOCATION OF ANY STATION LICENSE OR CONSTRUCTION PERMIT (U.S. Code, Title 47, Section 312(a)(1)), AND/OR FORFEITURE (U.S. Code, Title 47, Section 503).**

FCC Form 490 - Page 4
May 1996

ATER 001442
CONFIDENTIAL

GST-WARTA0010225