# EXHIBIT 14

**REDACTED**

```
> > >
> > > > -----Original Message-----
> > > > From:    Ferchat, Robert
> > > > Sent:    Thursday, August 13, 1998 7:58 AM
> > > > To:      'P68WA@aol.com'
> > > > Subject:         RE: Qualcomm
> > > >
> > > > John --Yes I will speak to Q about your position. I hope you
> have
> > > > though through where this all takes you if the deal breaks up
> and
> > it
> > > > is in serious trouble right now
> > > > 1) There will be no financing from Q or GST
> > > > 2) The FCC will want its money
> > > > 3) GST will pay nothing more and PCS will be pursued for back
> > > > payments.
> > > > 4) Someone will have to come forward with the money to pay all
> PCS
> > > > obligations
> > > > 5) Gst will move to protect itself and its rights
> > > > 6) The employees of PCS will be all cast aside and earlier you
> > were
> > > > very worried about a couple. This means all of them.
> > > >
> > > > John, I understand pride BUT I also understand practicality. We
> > both
> > > > need this deal and there must be a way around since all
> > substantive
> > > > issue are resolved.
> > > > Bob
> > > >
> > > > -----Original Message-----
> > > > From:    P68WA@aol.com [SMTP:P68WA@aol.com]
> > > > Sent:    Wednesday, August 12, 1998 7:55 PM
> > > > To:      rafercha@Mobility.com; Bob_Olson@gstworld.net
> > > > Subject:         Qualcomm
> > > >
> > > > Yesterday my attorney Rhonda Kennedy spoke with Qualcomm's
> > attorney,
> > > > during
> > > > the discussion they (Qualcomm) represented that they understood
> > that I
> > > > had not
> > > > participated in an negotiations with Qualcomm, they understood
> > that I
> > > > had not
> > > > received any proprietary information regarding their "plan", and
> > > > therefore
> > > > only wanted to bind Magnacom and PCS+ and the existing PCS+
```

ATER 001943
CONFIDENTIAL

**EXHIBIT 2**

GST-WARTA0010392

```
> > officers
> > > > (operating managers) to the Non-circumvention agreement.
> > > >
> > > > TODAY, they called back and demand that this agreement include
> me.
> > > >
> > > > Gentlemen, this is a deal breaker, I have said this from the get
> > go.
> > > > I will
> > > > not be bound by an agreement that does not currently bind me,
> nor
> > have
> > > > I had
> > > > any knowledge, participation or benefit of any plan or
> information
> > > > from
> > > > Qualcomm. Further, it seems outrageous that they would seek to
> > bind
> > > > me, but
> > > > not GST. I understand that Doug Hutchinson wants to speak to me
> > about
> > > > this
> > > > issue, but I can tell you that I will not retract on my
> position,
> > and
> > > > this may
> > > > be a deal breaker. The agreement that they have drafted is
> broad,
> > non
> > > > specific, and clearly appears to be intended to restrain
> > competition,
> > > > and
> > > > enable them to harrass people.
> > > >
> > > > I have sought to accomodate GST's desire to cancel it's
> agreement
> > with
> > > > PCS+
> > > > and get their money back. I am sorry but I will not do so, if
> it
> > > > requires me
> > > > to sign this agreement or to be bound by it. Because Q is
> pushing
> > > > this issue,
> > > > I must now insist that if we do move forward, that they sign an
> > > > agreement that
> > > > specifically exempts me from the non-circumvention agreement,
> > since I
> > > > have not
> > > > had access, or knowledge or use of any confidential or
> proprietary
> > > > information
> > > > from Q, and do not want to be harrassed by them in the future.
> > > >
```

ATER 001944
**CONFIDENTIAL**

GST-WARTA0010393

> > > > If you have any influence on Q on this matter, I suggest you
> speak
> > to
> > > > them
> > > > asap.

ATER 001945
**CONFIDENTIAL**

GST-WARTA0010394