# EXHIBIT 16

Dan Skerritt - FW: PCS Plus Transaction                                                                Page 1

REDACTED

> -----Original Message-----
> From:      Doug Hutcheson [SMTP:dough@qualcomm.com]
> Sent:      Monday, September 21, 1998 7:14 PM
> To:    Ferchat, Robert
> Subject:   RE: PCS Plus Transaction
>
> Bob,
>
> It is unfortunate but in light of both John's communications and efforts
> to date it is difficult to risk our business on the basis that this
> transaction is going to occur - I'll leave you to sort through the e-mail
> trail. I have ask John to do two things before we dedicate any further
> effort. First, he must engage and behave as if he is in control of
> Magnacom. We cannot risk investing $35M in a market when one of the
> principles of the transaction does not clearly grasp the significance of
> this issue. Second, he must try to make us believe that he is concerned
> that this transaction occurs. We cannot continue to struggle each step of
> the way due to the selling party's unwillingness to be an active
> participant. He has convinced me on both accounts at this point that his
> personal agenda takes far more precedence then his fiduciary role.
>
> I must get a market running ASAP and have difficulty believing that I
> should risk my business in a time sensitive transaction with John's
> continuing positions. The only basis that I can see putting any further
> effort in this transaction is if John resolves the two issues above with
> me, directly. I pass this to you not for action but so you know the basis
> of the decisions that I have reached. This has been communicated with
> Harvey White as well.
>
> As I stated I have ask all further work on our side of the transaction to
> stop and will await John's review and thoughts to my specific concerns. If
> the transaction begins again we must find a new basis of agreement that
> revalues on what terms we go ahead given both the delays, risk, and added
> expense that has been uncovered as we have moved through this effort.
> Regarding the PCS+ employees I will continue to payroll through 30
> September at which time we may selectively hire some of the group but the
> rest will be released. GST's confidential treatment of this subject would
> be appreciated in the meantime.
>
> I am both disappointed and concerned that we have reached this point, and
> I do not believe that GST has been at all responsible for this result. I
> appreciate your efforts through out this process and trust that this will
> not reflect on our future business dealings, should the opportunity arise.
>
> For me the ball is clearly and firmly in John's court. It is up to him
> from here where we go.
>

ATER 001907
CONFIDENTIAL

**EXHIBIT 7**

GST-WARTA0010411

Dan Skerritt - FW: PCS Plus Transaction                                                     Page 2

```
> Regards,
>
> Doug
>
>
>
> At 11:01 AM 9/21/98 -0400, you wrote:
> >I am available in Toronto September 26th in am or September 28th in
> Toronto
> >from 10am until 5pm. October 1st. in Toronto or Chicago in the pm and
> >October 2nd in the am either Toronto or Chicago. I have a noon luncheon
> in
> >Toronto that day (the 2nd.). I am also available on the 3rd. until 5pm.
> >I think it will be very difficult to get John Warta and I at the same
> time.
> >Can you get everything settled with JW this week and then we can meet or
> >just teleconference next week?
> >Bob
> >> -----Original Message-----
> >> From:    Doug Hutcheson [SMTP:dough@qualcomm.com]
> >> Sent:    Monday, September 21, 1998 10:23 AM
> >> To:      Ferchat, Robert; 'Doug Hutcheson'
> >> Cc:      'Dan Skerritt'; 'John Warta'
> >> Subject: RE: PCS Plus Transaction
> >>
> >> Bob,
> >>
> >> It seems that we have crossed on our communications. In your response
> to
> >> my
> >> original e-mail you suggested availability on Tuesday evening after 630
> >> and
> >> that was when we were targeting to meet with you. We had talked with
> Dan
> >> Skerritt separately and he was available subject to your thoughts on
> his
> >> attendance. John Warta has not been active for sometime, although I
> note
> >> that he is available until the 25th and then gone for a week. If John
> >> would
> >> have met on Tuesday in Toronto that would have been fine or if he would
> >> engage on different terms that would equally productive. For you and I
> to
> >> have meet on Tuesday evening, after 630, for a short period would have
> >> been useful as well. With all of the above said - it appears that
> Tuesday
> >> evening is no longer available.
> >>
> >> The suggested timing was on the basis that we need/want to file with
> the
> >> FCC next week. As far as a meeting on the West Coast next week that
> would
> >> be fine, I am on the East coast all this week (and in an inflexible
> >> position for Wednesday, Thursday, and Friday), but would be available
```

ATER 001908
**CONFIDENTIAL**

GST-WARTA0010412

```
> to
> >> meet next week, any time except Monday and Tuesday. It appears that
> John
> >> is
> >> not available and therefore we are probably pushed into the following
> >> week.
> >> From our perspective this is not ideal and concerning.
> >>
> >> I will revert to GST and John Warta as to when you would like to meet.
> >>
> >> Thanks,
> >>
> >> Doug
> >>
> >> At 12:18 PM 9/19/98 -0400, Ferchat, Robert wrote:
> >> >I am not available at all on Tuesday. When you talk about Dan do you
> mean
> >> >Dan Skerritt? Is John Warta going to be here? Since I am unavailable
> on
> >> >Tuesday, Wednesday or Thursday why not have your session in the west
> >> coast
> >> >at some convenient location.
> >> >Bob
> >> >
> >> >> -----Original Message-----
> >> >> From:    Doug Hutcheson [SMTP:dough@qualcomm.com]
> >> >> Sent:    Friday, September 18, 1998 6:49 PM
> >> >> To:      Ferchat, Robert; 'Doug Hutcheson'
> >> >> Cc:      'Dan Skerritt'; 'John Warta'; hwhite@qualcomm.com;
> >> >> tthornley@qualcomm.com; damandel@qualcomm.com
> >> >> Subject: RE: PCS Plus Transaction
> >> >>
> >> >> Bob,
> >> >>
> >> >> We will arrive on mid-day Tuesday, hope to meet with John and Dan to
> >> work
> >> >> to on the details and then Tuesday evening to discuss the issues and
> >> >> finalize, if possible. I will be bring Dave Mandel as well.
> >> >>
> >> >> Thanks,
> >> >>
> >> >> Doug
> >> >>
> >> >> At 05:50 PM 9/18/98 -0400, Ferchat, Robert wrote:
> >> >> >The only times I have that I can open up on this short notice is
> >> Monday
> >> >> >morning September 21st from say 7.30 to 11.30 or in the evening
> after
> >> >> 6.30
> >> >> >p.m. Tuesday the 22nd. is not possible nor is the 23rd. or 24th.
> could
> >> >> you
> >> >> >get here for a Sunday meeting on the 20th?
> >> >> >
```

ATER 001909
**CONFIDENTIAL**

GST-WARTA0010413

```
> >> >> >> -----Original Message-----
> >> >> >> From:  Doug Hutcheson [SMTP:dough@qualcomm.com]
> >> >> >> Sent:  Thursday, September 17, 1998 11:22 AM
> >> >> >> To:    Ferchat, Robert
> >> >> >> Cc:    hwhite@qualcomm.com; tthornley@qualcomm.com
> >> >> >> Subject:    PCS Plus Transaction
> >> >> >>
> >> >> >> Bob,
> >> >> >>
> >> >> >> We have not talked for a while - I hope your week of vacation at
> the
> >> >> >> beginning of the month was enjoyable.
> >> >> >>
> >> >> >> Relative to the transaction, we continue to make progress but we
> >> have
> >> >> some
> >> >> >> hard deadlines that are approaching that we need to address. It
> >> seems
> >> >> that
> >> >> >> most of the agreements have been flushed and that we have a short
> >> list
> >> >> of
> >> >> >> major issues. This list includes the following principle issues -
> >> but
> >> >> is
> >> >> >> not necessarily all inclusive:
> >> >> >>
> >> >> >> 1) Leap Wireless (formerly Spinco and the owner of Cricket
> >> >> Communications)
> >> >> >> desires to make significant investments in Tucson from the time
> we
> >> sign
> >> >> >> the
> >> >> >> agreements (September 98) until we receive the licenses from the
> FCC
> >> >> (most
> >> >> >> likely February or March 99 - assuming no challenges). In the
> event
> >> >> the
> >> >> >> licenses are not transferred for actions outside of our control
> we
> >> need
> >> >> >> to
> >> >> >> discuss the disposition of this investment.
> >> >> >>
> >> >> >> 2) We need to minimizes the possibilities that the current
> license
> >> >> holders
> >> >> >> will be placed or forced into bankruptcy during the same time
> period
> >> as
> >> >> >> above - therefore bring the licenses into bankruptcy court and
> >> >> eliminating
> >> >> >> our standing. As a subset of this issue we need to finalize on
```

ATER 001910
**CONFIDENTIAL**

GST-WARTA0010414

```
> our
> >> >> joint
> >> >> >> approach to keep the assets in good standing with the FCC
> relative
> >> to
> >> >> the
> >> >> >> payments.
> >> >> >>
> >> >> >> 3) We need to jointly discuss our approach on the GST ownership
> >> option
> >> >> and
> >> >> >> appropriate actions with third parties.
> >> >> >>
> >> >> >> 4) Leap needs to begin and/or complete our discussions with Point
> >> Comm,
> >> >> >> PCS
> >> >> >> Plus, LCC, and OnCue. As a collateral issue we need PCS Plus to
> >> reach
> >> >> >> agreement between Leap Wireless and PCS Plus LCC on the demand
> >> letter
> >> >> that
> >> >> >> has been issued.
> >> >> >>
> >> >> >> Leap Wireless and Cricket Communications want to submit the
> >> application
> >> >> >> for
> >> >> >> license transfer during the week of September 28th. I believe
> that a
> >> >> face
> >> >> >> to face discussion with the relevant parties is appropriate. I
> would
> >> >> like
> >> >> >> to propose a meeting, in Toronto, or another agreeable location
> for
> >> >> >> Monday,
> >> >> >> September 21st or Tuesday, the 22nd. Tuesday would be preferred
> from
> >> my
> >> >> >> schedule, if possible. I believe that a discussion with all of
> the
> >> >> >> principles, including John Warta, would be best but am open to
> >> thoughts
> >> >> >> and/or suggestions. Feel free to forward this to John and others
> as
> >> you
> >> >> >> feel apropriate.
> >> >> >>
> >> >> >> Thanks,
> >> >> >>
> >> >> >> Doug
> >> >> >
> >> >>
> >> >
> >
```

ATER 001911
CONFIDENTIAL

GST-WARTA0010415

Dan Skerritt - FW: PCS Plus Transaction                                                    Page 6

ATER 001912
**CONFIDENTIAL**

GST-WARTA0010416

| | |
|---|---|
| From: | "Ferchat, Robert" <rafercha@Mobility.com> |
| To: | 'Doug Hutcheson' <dough@qualcomm.com> |
| Date: | Tue, Sep 22, 1998 8:42 AM |
| Subject: | RE: PCS Plus Transaction |

I am going into a black out period for 48 hours. If it really falls apart
(the brandishing of words and positioning is not helpful but is apart of
this one) please get a message to me at the King Edward Hotel in Toronto
(during working hours Merilla can reach me)
Bob


> -----Original Message-----
> From:     Doug Hutcheson [SMTP:dough@qualcomm.com]
> Sent:     Monday, September 21, 1998 7:17 PM
> To:       P68WA@aol.com; dough@qualcomm.com; rafercha@mobility.com
> Cc:       Dhs@aterwynne.com; damandel@qualcomm.com
> Subject:  Re: PCS Plus Transaction
>
> John,
>
> Thank-you for your interpretation of my actions. I revert to my previous
> e-mail. When the two issues raised are addressed to our satisfaction we
> can
> proceed. Based on the timing of those actions we can revisit on what basis
> we will proceed.
>
> Doug
>
> At 05:08 PM 9/21/98 -0400, P68WA@aol.com wrote:
> >Clearly, you are looking for an excuse to withdraw from the transaction.
> If
> >you read what I said, regarding my availability to participate in
> anything is
> >directly related to GST, and what their desires are. They are the ones
> who
> >initiated wanting their money back, and I am trying to accomodate them.
> But,
> >I am not going to be acused of failing to be available when I clearly AM,
> this
> >week when you asked for someone to be available.
> >
> > My comments were specifically related to your seeking to blame me for
> being
> >out of the country and being unavailable to meet with you whenever you
> feel
> >like it. As I said I am available this week, today, thru Thursday in
> >Portland. After that I am out for a week.
> >


CC:        'Dan Skerritt' <Dhs@aterwynne.com>, "Cerzosimo, Me...

ATER 001913
**CONFIDENTIAL**

GST-WARTA0010417