# EXHIBIT 17

**Doug Hutcheson, 04:39 PM 10/12/98 -0700, Re: Proposal**

X-Sender: dough@fantasia.qualcomm.com
X-Mailer: QUALCOMM Windows Eudora Pro Version 4.0.1
Date: Mon, 12 Oct 1998 16:39:52 -0700
To: P68WA@aol.com
From: Doug Hutcheson <dough>
Subject: Re: Proposal
Cc: damandel, ranselmo, dough

I have had a chance to think about your proposal. We are interested in
continuing discussions regarding the 3.6 Million Pops obtained in the F
block auction. I would like to discuss this with you directly. Our timing
for completing this discussion would be October 30, 1998.

Please give me a call at my office, 619-658-4490 or my mobile,
619-851-0624. I expect to be in the office all day on Tues, Oct 13.

Thanks

Doug

John, I am surprised (pleasantly) about your e-mail. It is not something
that I had thought about previously. Please give me a bit to think about
before I answer formally.

Thanks

Doug

At 12:35 AM 10/9/98 -0400, you wrote:
>Doug, I understand second hand that GST did not accept the changes to the
deal
>with Leap. I know your timing is tight on this, and your patience has been
>tested.
>
>I plan to ask GST if they will step aside on the deal. I will try to reach a
>separate deal with GST regarding the minute purchase agreement. If they will
>would you be interested in trying to get this deal done within the next 4
to 6
>days?
>



Hutcheson
OO4
EXHIBIT NO. 13
10-4-99
J. JESSUP

Printed for David Mandel <dmandel@leapwireless.com>                    1

LWI00127



**EXHIBIT** TLP
86

GST-WARTA0007751