# EXHIBIT 18

Albert N. Kennedy, WSB # 15074
TONKON TORP LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204-2099
Telephone: (503) 221-1440

Attorneys for Debtor

Chapter 11

✓ FILED
___ LODGED
___ RECEIVED

NOV 0 5 1998

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____ DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

In re                                        )
                                             )   Case No. 98-39048
MAGNACOM WIRELESS, LLC, a Delaware           )
limited liability company                    )   NOTICE OF COMMENCEMENT OF CASE
                                             )   UNDER CHAPTER 11 OF TITLE 11 OF THE
     Debtor.                                 )   UNITED STATES CODE
                                             )

　　　　PLEASE TAKE NOTICE that on October 28, 1998, Magnacom Wireless, LLC filed its voluntary petition for relief under Chapter 11 of Title 11 of the United States Code with the United States Bankruptcy Court for the Western District of Washington.

　　　　DATED this 2nd day of November, 1998.

　　　　　　　　TONKON TORP LLP


　　　　　　　　By /s/ Albert N. Kennedy
　　　　　　　　　　Albert N. Kennedy, WSB # 15074
　　　　　　　　　　Of Attorneys for Debtor

cc: Interested Parties

232607 v01

PAGE 1 - NOTICE OF COMMENCEMENT OF CASE UNDER CHAPTER 11 OF TITLE 11 OF THE
         UNITED STATES CODE

TONKON TORP LLP
Attorneys
888 S.W. Fifth, Suite 1600
Portland, Oregon 97204-2099
Telephone (503) 221-1440

GST-WARTA 78018

John Warta
1701 Broadway St., Suite 358
Vancouver, WA 98663


Federal Commun. Commission
Office of the General Council
1919 M Street NW
Washington, DC 20554


Telecom Wrapup, LLC
Rhonda McKenzie
7550 Redfield Road, Suite A
Scottsdale, AZ 85260


Point Communications, LLC
Mr. John Q. Hearne
100 Wilshire Blvd, Suite 1000
Santa Monica, CA 90401


Mack Wilkins
7327 SW Barnes Road, #725
Portland, OR 97225


Corey Ford
1300 SW Maus Street
Portland, OR 97219


Diane Del Rosso
85 Encantado Loop
Santa Fe, NM 87505


Swidler and Berlin
Attn: Andy Lipman
3000 K Street NW, Suite 3000
Washington, DC 20007-5116


Olshan, Grund, Frome and
Rosenweig, LLP
505 Park Avenue
New York, NY 10022-1170

GST-WARTA 78019

GST Telecommunications, Inc.
Attn: Dan Trampush
4001 Main Street
Vancouver, WA 98663


Bob Olson
PO Box 15
LaCenter, WA 98629


Pacwest Network, LLC
PO Box 2010
Vancouver, WA 98668


Jay Corveny
PO Box 297
LaCenter, WA 98629


Whalebone Group, Inc.
PO Box 730
LaCenter, WA 98629


MTG, Inc.
Attn: Rhonda McKenzie
7550 Redfield Road, Suite A
Scottsdale, AZ 85260

GST-WARTA 78020