# EXHIBIT 24

THE HONORABLE GLENNA HALL

**CERTIFICATE OF SERVICE**
I certify under penalty of perjury under the laws of the State of Washington that on this day I caused to be delivered via Facsimile and Federal Express, next day delivery, a copy of this document to plaintiff and Counterclaim Defendants' counsel of record.

_[signature]_

Dated: May 23, 2000 at Seattle, Washington.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JOHN WARTA, | No. 99-2-02287-4SEA |
| Plaintiff, | NOTICE OF BANKRUPTCY FILING |
| v. | |
| GST USA, INC., a Delaware corporation; GST TELECOM, INC., a Delaware corporation and GST TELECOMMUNICATIONS, INC., a Canadian corporation, | |
| Defendants. | |
| GST USA, INC., a Delaware corporation; GST TELECOM, INC., a Delaware corporation and GST TELECOMMUNICATIONS, INC., a Canadian corporation, | |
| Counterclaim Plaintiffs, | |
| JOHN WARTA and his MARITAL COMMUNITY and CLIFFORD SANDER and his MARITAL COMMUNITY | |
| Counterclaim Defendants. | |

Page 1 - NOTICE OF BANKRUPTCY FILING

To: Clerk of Court

And To: Plaintiff John Warta and Counterclaim Defendants John Warta, Clifford Sander, and their counsel of record

PLEASE TAKE NOTICE that GST USA, Inc., GST Telecom, Inc., and GST Telecommunications, Inc., filed for protection under Chapter 11 of the United States Bankruptcy Code on May 17, 2000. The Petition was filed in the U.S. Bankruptcy Court for the District of Delaware. The case numbers, respectively, are 00-01984, 00-01982 and 00-01983. The Debtor in Possession's counsel for each debtor is David Heller of Latham & Watkins, 233 South Wacker Drive, Suite 5800, Chicago, Illinois 60606-6401, and their telephone number is (312) 876-7700.

Pursuant to 11 U.S.C. § 362, all actions against the debtors or any of the assets of the debtors are stayed.

DATED this 23rd day of May, 2000.

BULLIVANT HOUSER BAILEY
A Professional Corporation

By _____
Thomas D. Adams, WSBA No. 18470

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
David S. Steuer (Pro Hac Vice)
Jared L. Kopel (Pro Hac Vice)
Douglas J. Clark (Pro Hac Vice)
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants and Counterclaim Plaintiffs GST USA, Inc., GST Telecom, Inc., and GST Telecommunications, Inc.

F:\CLIENTS\12368\11\PLDGS\NOTICE OF BANKRUPTCY FILING.DOC

Page 2 - NOTICE OF BANKRUPTCY FILING

BULLIVANT HOUSER BAILEY
A Professional Corporation
1601 Fifth Avenue, Suite 2400
Seattle, WA 98101-1618
Telephone (206) 292-8930