# EXHIBIT 25




**FILED**
KING COUNTY, WASHINGTON
DEC 20 2000
SUPERIOR COURT CLERK

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| WARTA<br>       Plaintiff/Petitioner,<br>vs.<br>GST USA INC ET AL<br>       Defendant/Respondent. | NO.   99-2-02287-4 SEA<br><br>CLERK'S ORDER OF DISMISSAL<br>(CLOD) |

### I. BASIS

Pursuant to R.C.W. 4.56.120(4), the Court may dismiss an action abandoned by the plaintiff upon trial. Pursuant to King County Local Rule 41(b)(2)(A), if the case has not been disposed of within 45 days after the scheduled trial date, the case will be dismissed without prejudice on the Clerk's motion without prior notice to the parties.

1.1   This case was set for trial on 6/12/00

1.2   More than forty five (45) days have passed since the scheduled trial date, the Clerk has researched the legal file and no final dispositive document/order has been received.

### II. ORDER

THEREFORE, IT IS ORDERED that this case is dismissed without prejudice. (This dismissal does not affect divorces, determinations of parentage, child support orders, judgments, or other orders entered prior to the filing of the latest action.)

An invoice from the King County Office of Finance for a non-compliance fee will be mailed to you within 30 days of this Notice, pursuant to King County Code 4.71.050.

Date: DEC 2 0 2000

_____
Presiding Judge

Presented By:
PAUL L. SHERFEY
KING COUNTY SUPERIOR COURT CLERK
By: Nestor Tamayao, Deputy Clerk
    Case Management : (206) 296-7872

Assigned to Department 10

rptB97024   (200012)                                             99-2-02287-4 SEA   91

 

**(NAMES AND ADDRESSES OF ALL PARTIES)**

GLADE, PETER H.
MARKOWITZ HERBOLD ET AL
1211 SW 5TH AVE STE 3000
PORTLAND, OR 97204-3730


LONDON, J. TATE
STE 7000
701 5TH AVE
SEATTLE, WA 98104-7016


YOUTZ, CHRIS ROBERT
STE 3410
701 5TH AVE
SEATTLE, WA 98104-7032