# EXHIBIT 27

HONORABLE GLENNA HALL

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF KING

| | |
|---|---|
| JOHN WARTA,<br><br>              Plaintiff,<br><br>    v.<br><br>GST USA, INC., a Delaware corporation; GST TELECOM, INC., a Delaware corporation and GST TELECOMMUNICATIONS, INC., a Canadian corporation,<br><br>              Defendants. | No. 99-2-02287-4SEA<br><br>ORDER GRANTING GST DEFENDANTS' MOTION FOR REINSTATEMENT OF ACTION |
| GST USA, INC., a Delaware corporation; GST TELECOM, INC., a Delaware corporation and GST TELECOMMUNICATIONS, INC., a Canadian corporation,<br><br>              Counterclaim Plaintiffs,<br><br>JOHN WARTA and his marital community; CLIFFORD SANDER and his marital community,<br><br>              Counterclaim Defendants. | |

THIS MATTER having come on regularly for hearing before the undersigned Judge of the above-entitled Court, upon Defendants GST USA, Inc., GST Telecom, Inc., and GST Telecommunications, Inc.'s Motion for Reinstatement of Action, and the Court having reviewed the pleadings, and having heard argument of counsel, and being otherwise fully

Page 1 - ORDER GRANTING GST DEFENDANTS' MOTION FOR REINSTATEMENT OF ACTION

Bullivant|Houser|Bailey PC

1601 Fifth Avenue, Suite 2300
Seattle, WA 98101-1618
Telephone:   (206) 292-8930




1  advised, NOW, THEREFORE,

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GST Defendants'

3  Motion for Reinstatement of Action is <u>granted</u>. Cause number 99-2-02287-4SEA shall be

4  revived and stayed and then shall remain pending on the Court's docket in the same status as

5  existed on December 20, 2000, with all claims and defenses of all parties' preserved as they

6  then existed, pending further order of this Court.

7      SIGNED this __15__ day of October, 2004.

8

9                                  JAMES A. DOERTY

10                           Honorable ~~Glenna Hall~~

11 Presented By:

12 Bullivant Houser Bailey PC

13

14 By _____

    Thomas D. Adams, WSBA #18470

15     Kristi Favard, WSBA #34419

16 Attorneys for Defendants GST USA, Inc.,
    GST Telecom, Inc., and GST Telecommunications, Inc.
17
3417636.1

18

19

20

21

22

23

24

25

26