IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 00-1982 (GMS)<br><br>Jointly Administered |
| GST TELECOM INC., et al., | | |
| Debtors. | | |
| GST TELECOM INC., et al., | ) ) ) ) ) ) ) ) ) ) ) | |
| Counterplaintiffs, | | Adv. Pro. No. 04-55890 (GMS) |
| v. | | Civil Action No.: 04-CV-1380 |
| JOHN WARTA, | | |
| Counterdefendant. | | |

## AGREED MOTION FOR EXTENSION OF TIME

John Warta ("Warta"), by and through his undersigned counsel, hereby moves the Court for an extension of time to file his reply in support of his motion for summary judgment. In support of his motion, which is unopposed by GST, Warta states as follows:

1. Pursuant to the Case Management Order signed by the Court on December 9, 2004 (the "Order"), the deadline for filing dispositive motions was March 15, 2005. The Order provided for the briefing on dispositive motions to occur pursuant to the Court's Local Rules. Warta filed a motion for summary judgment on March 15, 2005 (D.I. 39). GST filed its response to Warta's Motion for Summary Judgment on April 5, 2005. Under the Court's Local Rules, Warta has until April 12, 2005 to file his response.

2. Mr. Warta hereby seeks a brief one-week extension of the deadline to file his reply brief. Accordingly, Mr. Warta would have until April 19, 2005 to file his reply in support of his Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim. GST does not oppose the present motion.

WHEREFORE, John Warta requests that his time to file his reply in support of his motion for summary judgment be extended as set forth above.

Wilmington, Delaware
Date: April 7, 2005

ASHBY & GEDDES, P.A.

/s/ Philip Trainer

Philip Trainer, Jr. (I.D. #2788)
Ricardo Palacio (I.D. #3765)
222 Delaware Avenue, 17th Floor
PO Box 1150
Wilmington, DE 19899-1150
Telephone: (302) 654-1888

-and-

KENNEDY, WATTS, ARELLANO & RICKS LLP
Joseph C. Arellano, Esq.
Daniel L. Keppler, Esq.
1211 SW 5th Ave., Suite 2850
Portland, OR 97204
Telephone: (503) 228-6191

*Counsel for John Warta*

155562.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) ) ) ) ) ) ) ) | Chapter 11<br><br>Case No. 00-1982 (GMS)<br><br>Jointly Administered |
| GST TELECOM INC., et al., | | |
| Debtors. | | |
| GST TELECOM INC., et al.,<br><br>Counterplaintiffs,<br><br>v.<br><br>JOHN WARTA,<br><br>Counterdefendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Adv. Pro. No. 04-55890 (GMS)<br><br>Civil Action No.: 04-CV-1380 |

### AGREED ORDER

**THIS MATTER COMING** before the Court on the Agreed Motion for Extension of Time, the Court being duly advised in the premises, and pursuant to agreement between the parties, it is hereby Ordered that John Warta shall have an additional seven (7) days to file his reply in support of his Motion for Partial Summary Judgment Regarding Counts I-IV of GST's Amended Counterclaim. Mr. Warta's reply is now due on or before April 19, 2005.

Dated: _____, 2005

_____
Gregory M. Sleet
United States District Court Judge

## CERTIFICATE OF SERVICE

I, Ricardo Palacio, hereby certify that, on April 7, 2005, I caused one copy of the foregoing *Agreed Motion for Extension of Time* to be served upon the persons listed below by first class United States Mail, postage prepaid, or in the manner so indicated.

| **HAND DELIVERY** | **U.S. MAIL & FACSIMILE** |
|---|---|
| Steven M. Yoder, Esq.<br>Christopher A. Ward, Esq.<br>The Bayard Firm<br>Wilmington, DE 19801 | William J. Gibbons, Esq.<br>Danielle S. Kemp, Esq.<br>Latham & Watkins<br>Suite 5800 Sears Tower<br>233 South Wacker Drive<br>Chicago, Illinois 60606<br>Facsimile: 312-993-9767 |

Ricardo Palacio (I.D. #3765)

155562.1