# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

222 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

April 29, 2005

**VIA HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court for
the District of Delaware
844 North King Street, Room 4209
Wilmington, DE  19801

RE:  *In re GST Telecom, Inc., et al. (Case No. 00-01982 (GMS))*
     *GST Telecom, Inc., et al. v. John Warta (Civil Action No. 04cv1380 (GMS))*

Dear Judge Sleet:

We write on behalf of John Warta in connection with GST's pending Motion for Fees and Costs (the "GST Motion") (D.I. 29) to bring to the Court's attention facts relevant thereto.

As referenced in his response to the GST Motion, Mr. Warta was of the belief that GST met and conferred with the proposed deponent, Mr. Goodrich, respecting his testimony or this litigation generally. *See* Warta Response at ¶ 16 (D.I. 33). Since the submission of Mr. Warta's response, we have confirmed that GST did, in fact, meet and confer with Mr. Goodrich in Palo Alto, CA, as confirmed by Mr. Goodrich's deposition testimony (the relevant portion of the deposition transcript, pp. 98-101, is attached hereto as Exhibit A).

Should the Court have any questions regarding this matter, we are available at the Court's convenience.

Respectfully submitted,

Ricardo Palacio

RP/kmm
Enclosure
cc:  Joseph Arellano, Esq. (w/ encl.)
     Daniel Keppler, Esq. (w/ encl.)
     Steven Yoder, Esq. (w/ encl.)
     William Gibbons, Esq. (w/ encl.)

156607.1