# EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF DELAWARE
 3                       ---oOo---
 4   In re:
 5   GST TELECOM, INC., et al.,    )
                                    )
 6         Debtors.                 )
     _____    )
 7   GST TELECOM, INC., et al.,    )    No. 0-1982 (GMS)
                                    )
 8         Counterplaintiffs.       )
     v.                             )    **CERTIFIED**
 9                                  )      **COPY**
     JOHN WARTA,                    )
10                                  )
           Counterdefendant.        )
11   _____    )
12
13
14
15         VIDEOTAPE DEPOSITION OF JOHN GOODRICH
16                Menlo Park, California
17               Tuesday, April 5, 2005
18
19
20
21
22   Reported by:
     KELLI COMBS
23   CSR No. 7705
     Job No. 909615
24
25
```

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF DELAWARE
 3                       ---oOo---
 4   In re:
 5   GST TELECOM, INC., et al.,        )
                                       )
 6           Debtors.                  )
     _____    )
 7   GST TELECOM, INC., et al.,        )   No. 00-1982 (GMS)
                                       )
 8           Counterplaintiffs.        )
     v.                                )
 9                                     )
     JOHN WARTA,                       )
10                                     )
             Counterdefendant.         )
11   _____    )
12
13
14
15
16       Videotape Deposition of JOHN GOODRICH, taken on
17   behalf of Plaintiff, at Latham & Watkins, 135
18   Commonwealth Drive, Menlo Park, California, beginning at
19   10:07 a.m., and ending at 2:08 p.m. on Tuesday, April 5,
20   2005, before Kelli Combs, CSR 7705.
21
22
23
24
25
                                                            2
```

```
 1   APPEARANCE OF COUNSEL:

 2

 3   FOR DEBTOR, COUNTERPLAINTIFFS GST TELECOM:

 4

 5        LATHAM & WATKINS, LLP
          BY:  WILLIAM J. GIBBONS, ESQ.
 6        233 South Wacker Drive
          Chicago, Illinois 60606-6401
 7        (312) 876-7700
          william.gibbons@lw.com
 8

 9   FOR COUNTERDEFENDANT JOHN WARTA:

10

11        KENNEDY, WATTS, ARELLANO & RICKS, LLP
          BY:  JOSEPH C. ARELLANO, ESQ.
12        2850 Pacwest Center
          1211 Southwest Fifth Avenue
13        Portland, Oregon 97204-3726
          (503) 228-6191
14

15

16   FOR THE DEPONENT:

17

18        WILSON, SONSINI, GOODRICH & ROSATI
          BY:  DAVID S. STEUER, ESQ.
19        650 Page Mill Road
          Palo Alto, California 94304
20        (650) 493-9300

21

22

23        ALSO PRESENT:  Marty Majdoub, Videographer

24

25
                                                            3
```

| | | |
|---|---|---|
| 13:01 | 1 | where Mr. Fogg attributed to Mr. Warta the request that |
| | 2 | the investment banks basically tout GST's stock in |
| | 3 | return for investment banking business? |
| | 4 | A    I think that Joe did say that, but it was |
| 13:01 | 5 | retrospective.  I think Joe said to me at one point when |
| | 6 | he was complaining about John Warta, he said, you know, |
| | 7 | "That guy used to ask us to tout the stock exchange to |
| | 8 | get business."  But, you know, that was -- it was just |
| | 9 | in passing about how he felt about John Warta and those |
| 13:01 | 10 | kind of business ethics. |
| | 11 | THE REPORTER:  I'm sorry, I didn't get your |
| | 12 | objection. |
| | 13 | MR. ARELLANO:  My objection was hearsay. |
| | 14 | MR. GIBBONS:  That's all I have, Mr. Goodrich. |
| 13:01 | 15 | Thank you very much. |
| | 16 | THE VIDEOGRAPHER:  We are now going off the |
| | 17 | video record.  The time is 1:02 p.m. |
| | 18 | (Brief pause in proceedings.) |
| | 19 | THE VIDEOGRAPHER:  We are now back on the |
| 13:03 | 20 | video record.  The time is 1:03 p.m. |
| | 21 | EXAMINATION |
| | 22 | BY MR. ARELLANO: |
| | 23 | Q    Ready to go? |
| | 24 | A    (Nods head.) |
| 13:03 | 25 | Q    Mr. Goodrich, my name is Joe Arellano.  I |

94

| | | |
|---|---|---|
| 13:03 | 1 | represent John Warta in this proceeding, and I'm going |
| | 2 | to ask you some follow-up questions to what counsel has |
| | 3 | just gone over this morning. |
| | 4 | First of all, I'd like to ask you when you -- |
| 13:03 | 5 | I think you told us in your direct, but when exactly did |
| | 6 | you cease working for Wilson Sonsini? |
| | 7 | A    I think February 1st of 2002. |
| | 8 | Q    Okay. |
| | 9 | And I asked you about that because I believe |
| 13:03 | 10 | at some point in your testimony you mentioned, and I |
| | 11 | think this was in connection with your review of the |
| | 12 | proof of claim filed in the bankruptcy on behalf of |
| | 13 | Mr. Warta in 2004, and you mentioned that you had seen |
| | 14 | this as part of your firm's file, and I was just |
| 13:04 | 15 | wondering what occasion you had in 2004 to be reviewing |
| | 16 | files at Wilson Sonsini. |
| | 17 | A    I can't recall.  In spite of the fact I'm |
| | 18 | retired, I still have an office there, and from time to |
| | 19 | time we talk about things like that. |
| 13:04 | 20 | Q    Okay. |
| | 21 | Can you tell me what you did to prepare for |
| | 22 | your deposition? |
| | 23 | A    You know, I looked at my notes and I looked at |
| | 24 | some of the older files -- I guess I didn't actually |
| 13:04 | 25 | look at any of the contemporary notes, but I -- I had |

95

```
13:04   1    made some notes in preparation for this just to try to
        2    remind me of what had transpired because, to tell you
        3    the truth, I had forgotten a huge amount of it.  So I
        4    prepared some notes, and I went through those and
13:04   5    thought about what I could recall, and then I tossed
        6    those.  But I did that.
        7         Q    Okay.
        8              And when did you toss those notes?
        9         A    I guess probably last week.
13:04  10         Q    Okay.
       11         A    After I had sort of gotten my thoughts
       12    together.
       13         Q    Okay.  And maybe take a step back for a
       14    second.
13:05  15              I had the impression from your description of
       16    your legal background that you have done both business
       17    work and litigation work through most of your career; is
       18    that correct?
       19         A    Yes, but mostly business work.  You know, I
13:05  20    suspect that I've only had -- I suspect I've only had
       21    six or seven trials in my lifetime, so....
       22         Q    Apart from actually being in trial, you have
       23    consulted your litigation partners like Mr. Steuer, I
       24    assume, on litigation matters and matters that you
13:05  25    perceived might be headed toward litigation, correct?
```

96

| | | |
|---|---|---|
| 13:05 | 1 | A    Yes. |
| | 2 | Q    And you knew at least from your involvement in |
| | 3 | litigation that notes that you would review prior to a |
| | 4 | deposition to refresh your recollection -- I assume your |
| 13:05 | 5 | recollection today is better having reviewed those notes |
| | 6 | than it would otherwise have been. |
| | 7 | A    Well, I think so.  If I just showed up here |
| | 8 | without having sat down and made some notes and thought |
| | 9 | about it, I probably couldn't remember the name of the |
| 13:05 | 10 | parties. |
| | 11 | Q    Right. |
| | 12 | And you understand, as someone who is familiar |
| | 13 | with the litigation process, that by doing so, you make |
| | 14 | those notes discoverable, and then by destroying those |
| 13:06 | 15 | notes before you come to the deposition, there is no way |
| | 16 | to have anyone see what you reviewed prior to the |
| | 17 | deposition? |
| | 18 | MR. STEUER:  I think just to have a clear |
| | 19 | record, he says that he, himself, wrote down some notes. |
| 13:06 | 20 | These weren't evidence in the case, that he personally |
| | 21 | wrote down some notes and tossed it. |
| | 22 | So I just want to make clear that he -- I |
| | 23 | didn't hear him say that he took notes from the |
| | 24 | contemporary period and destroyed notes, just that he |
| 13:06 | 25 | himself had written down some notes. |

97

```
13:06    1              THE WITNESS:  That's correct, and that is what
         2    I did.
         3    BY MR. ARELLANO:
         4         Q    Is there --
13:06    5              Then can you tell me what's the reason why you
         6    destroyed them a week ago?
         7         A    Well, actually, I had them on a notepad when I
         8    was out at another meeting, and I was just trying to
         9    pull together my thoughts for this.  And so having
13:06   10    pulled them together, I then looked at them a couple of
        11    days later and tried to formulate my memories and tossed
        12    them.
        13         Q    Okay.
        14              Has there been more than one occasion where
13:06   15    you have attempted to kind of refresh your recollection
        16    about the events going back to, I guess it was 1998 when
        17    you became involved with GST?
        18         A    Probably not.  It's just this most recent
        19    question of the deposition, which made it interesting.
13:07   20         Q    Have you spoken with Mr. Gibbons prior to this
        21    morning?
        22         A    Oh, yes.
        23         Q    And can you tell me how many times?
        24         A    Like twice.
13:07   25         Q    When was the most recent time you spoke with
```

98

| | | |
|---|---|---|
| 13:07 | 1 | Mr. Gibbons? |
| | 2 | A    Maybe three times. |
| | 3 |      I don't know.  Must have been three months ago |
| | 4 | or so, two months ago. |
| 13:07 | 5 | Q    There had been a prior arrangement to have a |
| | 6 | deposition taken on February 8th. |
| | 7 | A    Yeah. |
| | 8 | Q    Did you meet with Mr. Gibbons on February 8th |
| | 9 | when he was in California? |
| 13:08 | 10 | A    It was sometime around that we talked. |
| | 11 | Q    Was that an in-person meeting? |
| | 12 | A    Yes. |
| | 13 | Q    Do you recall the location of the meeting? |
| | 14 | A    I think it was here. |
| 13:08 | 15 | Q    Here, you mean at the -- at Latham? |
| | 16 | A    Office of Latham & Watkins here off of Marsh |
| | 17 | Road. |
| | 18 | Q    Okay. |
| | 19 |      And it's generally consistent with your |
| 13:08 | 20 | recollection that it was in and around the time of |
| | 21 | February 8th that Mr. Gibbons came out and you met with |
| | 22 | him here, the same offices we're meeting at today? |
| | 23 | A    Well, it would be sometime around then.  I |
| | 24 | mean, if it were February 15th, I wouldn't know the |
| 13:08 | 25 | difference.  But sometime around then, yes. |

99

| | | | |
|---|---|---|---|
| 13:08 | 1 | Q | And how long was your meeting? |
| | 2 | A | Hour, hour and a half. |
| | 3 | Q | Who was present at the meeting? |
| | 4 | A | Bill, and I asked David to show up, and you |
| 13:08 | 5 | joined me then. | |
| | 6 | Q | And did you go over the matters that you have |
| | 7 | been asked about this morning? | |
| | 8 | A | Yes. We actually talked about those things. |
| | 9 | Actually, I'm not sure we talked about all of those | |
| 13:08 | 10 | things, but we talked about the general history of GST. | |
| | 11 | Q | And am I correct that you also talked about |
| | 12 | the questions that Mr. Gibbons would be asking you in | |
| | 13 | items of the areas of questioning and the documents and | |
| | 14 | information you would be asked about in your testimony? | |
| 13:09 | 15 | A | Actually, I have a feeling we actually didn't |
| | 16 | get into that. We just talked about the history of GST | |
| | 17 | and these problems with Magnacom and Bestel. | |
| | 18 | Q | Okay. |
| | 19 | | And, I'm sorry, you probably mentioned this. |
| 13:09 | 20 | The meeting lasted approximately a couple of hours? | |
| | 21 | A | About an hour, hour and a half, something like |
| | 22 | that. | |
| | 23 | Q | Okay. |
| | 24 | A | Wait a minute. Actually, that's right. We |
| 13:09 | 25 | were supposed to have had the deposition that day, | |

100

| | | |
|---|---|---|
| 13:09 | 1 | weren't we?  That's what happened. |
| | 2 | Q    Okay. |
| | 3 | So it was just the three of you, Mr. Steuer, |
| | 4 | yourself, and Mr. Gibbons? |
| 13:09 | 5 | A    Yeah. |
| | 6 | Q    All right. |
| | 7 | And prior to that occasion, when was the next |
| | 8 | time that you had met or talked with Mr. Gibbons? |
| | 9 | A    I haven't met with him, but Bill and I talked |
| 13:09 | 10 | it must have been six or seven months ago about this |
| | 11 | case, and Bill -- my recollection is Bill called me and |
| | 12 | asked me if I remembered anything about the GST matter, |
| | 13 | and he told me they were in a bankruptcy proceeding |
| | 14 | involving John Warta and asked if I'd be willing to |
| 13:10 | 15 | testify. |
| | 16 | Q    And you indicated you would? |
| | 17 | A    Yeah. |
| | 18 | Q    All right. |
| | 19 | When was the first time you saw the claims |
| 13:10 | 20 | being asserted in this case, the ones you reviewed, I |
| | 21 | think we've had them marked as Exhibit 56, the proof of |
| | 22 | claims that were filed in the United States Bankruptcy |
| | 23 | Court by Mr. Warta? |
| | 24 | A    I don't actually know when the first time it |
| 13:10 | 25 | was that I saw that.  I think the first time I heard of |

101