# LATHAM&WATKINS LLP

May 2, 2005

**VIA HAND DELIVERY**

Honorable Gregory M. Sleet
United States District Judge
United States District Court
844 North King Street
Wilmington, DE 19801

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New York |
| Brussels | Northern Virginia |
| Chicago | Orange County |
| Frankfurt | Paris |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| New Jersey | Washington, D.C. |

File No. 031484-0002

Re: In re GST Telecom Inc., Case No. 00-1982 (GMS); GST Telecom Inc. v. John Warta, Civil Action No. 04cv1380 (GMS)

Dear Judge Sleet:

This letter is in response to Ricardo Palacio's letter to the Court dated April 29, 2005, regarding GST Telecom Inc.'s ("GST") Motion for Fees and Costs (D.I. 29).

The Motion for Fees and Costs requests that Warta be ordered to pay to GST $8,917.11 in costs incurred by GST as a result of Warta's failure to timely notify GST of Warta's Motion for Protective Order (D.I. 24), which ultimately postponed the February 8, 2005 deposition of John Goodrich. Warta filed the Motion for Protective Order on a Friday afternoon, February 4, two business days before the Goodrich deposition was scheduled to take place. The Motion for Protective Order was not received by local counsel for GST until Monday morning, by which time GST's lead counsel, Mr. Gibbons, was on a flight to California to attend the deposition.

After landing in California, Mr. Gibbons was notified of the filing of the Motion for Protective Order. At that point, having wasted essentially two days, Mr. Gibbons made the judgment to use his time productively by meeting with the witness. The fees and costs requested by GST did <u>not</u> include any time spent with Mr. Goodrich, and indeed, did not include additional time spent by Mr. Gibbons on those two days. The California trip would not have occurred had GST been promptly informed of the filing of the Motion for Protective Order.

CH\760835.1

LATHAM&WATKINS LLP

      Should the Court have any questions regarding this matter, we are available at the Court's convenience.

      Respectfully submitted,

      /s/ Danielle S. Kemp

      Danielle S. Kemp

cc:    Steven Yoder, Esq.
       Joseph Arellano, Esq.
       Daniel Keppler, Esq.
       Ricardo Palacio, Esq.

CH\760835.1