## CERTIFICATE OF SERVICE

I, Christopher A. Ward, Esquire, hereby certify that on this 2nd day of May, 2005, I caused a true and correct copy of the **Letter to the Honorable Gregory M. Sleet from Danielle S. Kemp at Latham & Watkins LLP** to be served upon the parties listed below in the manners indicated:

### UNITED STATES MAIL

Daniel L. Keppler, Esq.
Kennedy, Watts, Arellano & Ricks LLP
1211 SW 5th Avenue, Suite 2850
Portland, OR 97204

### HAND DELIVERY

Phillip Trainer, Esq.
Ricardo Palacio, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899

_____
Christopher A. Ward, Esquire (No. 3877)

581518v1
CH\737133.1