## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| GST TELECOM INC., et al., | : | Case No. 00-1982 (GMS) |
| Debtors. | : | Jointly Administered |
| _____ | : | |
| GST TELECOM INC., et al., | : | Adv. Pro. No. 04-55890 (GMS) |
| Counterplaintiffs, | : | |
| v. | : | Civil Action No. 04-1380-GMS |
| JOHN WARTA, | : | |
| Counterdefendant. | : | |

## ORDER

At Wilmington this **14th** day of **June, 2005**,

IT IS ORDERED that a teleconference has been scheduled for **Thursday, June 16, 2005 at 11:30 a.m. EST** with Magistrate Judge Thynge. **Ricardo Palacio, Esquire shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE