IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| GST TELECOM INC., et al., | : | Case No. 00-1982 (GMS) |
| | : | |
| Debtors. | : | Jointly Administered |
| _____ | : | |
| | : | |
| GST TELECOM INC., et al., | : | Adv. Pro. No. 04-55890 (GMS) |
| | : | |
| Counterplaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 04-1380-GMS |
| | : | |
| JOHN WARTA, | : | |
| | : | |
| Counterdefendant. | : | |

**AMENDED ORDER**

At Wilmington this **20th** day of **June, 2005**.

IT IS ORDERED that Court's Order dated January 24, 2005 is hereby amended as follows:

    1.    Dress for the mediation scheduled for Wednesday and Thursday, July 27 and 28, 2005 beginning at 10:00 a.m. is casual.

    2.    The trial attorneys and those who are familiar with the case and their respective clients and/or decision makers, who must include individuals with full authority to act on behalf of the parties, including the authority to negotiate a resolution of the matter, must be present. In addition, under separate cover, the direct dial telephone work numbers and cell or home numbers of in-state and out-of-state counsel who will be

attending the mediation shall be provided to the Magistrate Judge. Where a party is unrepresented by counsel, that party shall provide direct dial telephone work numbers and cell or home numbers. Attendance at the mediation by the aforementioned individuals is required unless otherwise authorized by the Court. Any request to bring electronic equipment to be used during the mediation shall be made in writing and must accompany the mediation statements, and shall include the name(s) of the person(s) and the equipment to be used. Any request to modify this requirement shall be made in writing to the Magistrate Judge, with a copy to all counsel or pro se parties, no later than **fourteen (14) days** before the mediation.

   3. **The mediation statements shall NOT be electronically filed since they are not part of the Court record.**

All other provisions of the Court's January 24, 2005 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

        /s/ Mary Pat Thynge  
        UNITED STATES MAGISTRATE JUDGE