William J. Gibbons
Direct Dial: (312) 876-7706
william.gibbons@lw.com

Sears Tower, Suite 5800
233 S. Wacker Dr
Chicago, Illinois 60606
Tel: (312) 876-7700  Fax: (312) 993-9767
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New York |
| Brussels | Northern Virginia |
| Chicago | Orange County |
| Frankfurt | Paris |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| New Jersey | Washington, D.C. |

File No. 029830-0016

August 31, 2005

*VIA FACSIMILE*

Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

    Re:    In re GST Telecom Inc., Case No. 00-1982 (GMS); GST Telecom Inc. v. John Warta, Civil Action No. 04CV1380 (GMS)

Dear Judge Sleet:

    This letter is jointly submitted by counsel to both parties in the above litigation. Your Honor held an in-chambers scheduling and planning conference on October 7, 2004, which resulted in a Stipulated Case Management Order, filed on December 9, 2004. The Stipulated Case Management Order established dates for various pre-trial activities and submittals, as well as a referral to Magistrate Judge Thynge for a mediation. Due to the demands of Judge Thynge's schedule, the parties were unable to hold the in-person mediation session until July 27, 2005. Although Judge Thynge continues to participate in discussions with the parties as to a possible settlement, thus far the parties have been unable to reach a settlement.

    As to the remainder of the Stipulated Case Management Order, the respective parties anticipate complying with its requirements for submission to the court in all respects save one. Motions in Limine are to be fully briefed by September 19, 2005, and the parties anticipate that they will be with one narrow exception. The parties delayed the retention of any experts until after the in-person mediation session with Judge Thynge. The parties delayed the retention of experts so as to make the prospect of settlement more likely by not incurring additional pre-trial expense in advance of the mediation. Each of the parties now has retained an expert, and the parties have agreed on a schedule for the identification of the experts, and for the submission of expert reports. The reports are to be exchanged on September 19, 2005. Because neither side has seen an expert report from the other, neither side knows whether a Daubert or other motion will be appropriate or advisable, and will not be able to make such a judgment until September 19 or thereafter.

Honorable Gregory M. Sleet
August 31, 2005
Page 2

**LATHAM&WATKINS** LLP

    The parties jointly thought that it would be advisable to notify the Court of this circumstance, and request that the Court allow for the possibility of a Daubert or other motion challenging expert reports subsequent to September 19. The parties submit that there is adequate time for such motion, since the trial is not scheduled to begin until November 7, 2005.

    If Your Honor has any question or concern about this issue, counsel can be available for a conference call with the Court.

    We appreciate the Court's consideration.

Respectfully submitted,

_____
William J. Gibbons
LATHAM & WATKINS LLP
Attorneys for Debtors GST Telecom Inc., et al.

_____ /s/
Joseph C. Arellano, Esq.
KENNEDY, WATTS, ARELLANO &
RICKS, LLP
Attorneys for Claimant John Warta

CH\784511.2