IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| GST TELECOM INC., <u>et al.</u>, | ) ) ) | Case No. 00-1982 (GMS) |
| Debtors. | ) ) ) ) | Jointly Administered |
| _____ | ) ) ) |  |
| GST TELECOM INC., <u>et al.</u>, | ) ) ) | Civil Docket No. 04-CV-1380 |
| Counterplaintiffs, | ) ) |  |
| v. | ) ) ) |  |
| JOHN WARTA, | ) ) ) |  |
| Counterdefendant. | ) |  |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    §
                     §   SS:
NEW CASTLE COUNTY    §

    Liana Shaw, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, attorneys for the Debtors in the above-captioned action, and that on the 29th day of August, 2005, she caused copies of the following:

    1.    GST's Motion in Limine Regarding Latham & Watkins Client Representations;

    2.    GST's Motion in Limine Regarding Statements or Opinions in Unrelated Litigation;

    3.    GST's Motion in Limine to Preclude Testimony as to the Correctness of the Decision to Accelerate John Warta's Departure as CEO of GST During June of 1998;

    4.    GST's Motion in Limine Regarding Warta's Purported Detrimental Reliance/Bad Faith Damages;

    5.    GST's Motion in Limine Regarding Newspaper or Other Reporting of Litigation Between GST and Warta;

6. GST's Motion in Limine Regarding Warta's Competence or Performance as CEO of GST, or the Competence or Performance of His Successors or the GST Board;

to be served upon on the parties listed below in the manner indicated:

Daniel L. Keppler, Esq.
Joseph C. Arellano, Esq.
Kennedy, Watts, Arellano & Ricks LLP
1211 SW 5th Avenue, Suite 2850
Portland, OR 97204
**VIA FIRST CLASS U.S. MAIL**

Phillip Trainer, Esq.
Ricardo Palacio, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
Wilmington, DE 19899
**VIA HAND DELIVERY**

_/s/ Liana Shaw_
Liana Shaw

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: August 31, 2005

_/s/ Jeanne T. Carrera_
Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2006