William J. Gibbons
Direct Dial: (312) 876-7706
william.gibbons@lw.com

# LATHAM&WATKINS LLP

Sears Tower, Suite 5800
233 S. Wacker Dr.
Chicago, Illinois 60606
Tel: (312) 876-7700 Fax: (312) 993-9767
www.lw.com

FIRM / AFFILIATE OFFICES

| Boston | New York |
| Brussels | Northern Virginia |
| Chicago | Orange County |
| Frankfurt | Paris |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| New Jersey | Washington, D C |

File No 029830-0016

September 9, 2005

**VIA FACSIMILE**

Honorable Gregory M. Sleet
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801
Facsimile: (302) 573-6472

Re: <u>In re GST Telecom Inc., Case No. 00-1982 (GMS); GST Telecom Inc. v. John Warta, Civil Action No. 04CV1380 (GMS)</u>

Dear Judge Sleet:

This letter is jointly submitted by counsel to both parties in the above litigation. We wanted to inform Your Honor that the parties have reached a tentative settlement, subject to the completion of documentation. In that regard, we have turned our attention to completion of the settlement and away from meeting interim dates prescribed in the pre-trial and stipulated case management orders. We hope that meets with your approval and anticipate that we will file a stipulated dismissal within a week or ten days.

Respectfully submitted,

William J. Gibbons
LATHAM & WATKINS LLP
Attorneys for Debtors GST Telecom Inc., et al.

Joseph C. Arellano, Esq.
KENNEDY, WATTS, ARELLANO &
RICKS, LLP
Attorneys for Claimant John Warta

CH\788080.1