IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| | ) | Case No. 00-1982 (GMS) |
| GST TELECOM INC., *et al.*, | ) ) | Jointly Administered |
| Debtors. | ) ) ) ) | |
| _____ | ) ) | |
| GST TELECOM INC., *et al.*, | ) ) | Civil Docket No. 04-CV-1380 |
| Counterplaintiffs, | ) ) | |
| v. | ) ) | |
| JOHN WARTA, | ) ) | |
| Counterdefendant. | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 64

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Motion of Debtors and Debtors-in-Possession for an Order Approving Settlement and Release Agreement with John Warta** filed on October 27, 2005. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than November 16, 2005.

609010v1

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: November 16, 2005    THE BAYARD FIRM

_____
Steven M. Yoder (No. 3885)
Christopher A. Ward (No. 3877)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone:    (302) 655-5000

Counsel to the Debtor and Debtors In Possession