IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GST TELECOM INC., et al.,<br><br>Debtors. | Chapter 11<br>Case No. 00-1982 (GMS)<br>Jointly Administered |
| GST TELECOM INC., et al.,<br><br>Counterplaintiffs,<br><br>v.<br><br>JOHN WARTA,<br><br>Counterdefendant. | Civil Docket No. 04-CV-1380 |

**STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(ii)
OF THE FEDERAL RULES OF CIVIL PROCEDURE**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, GST Telecom, Inc., et al. (the "Counterplaintiffs") and John Warta (the "Counterdefendant"), hereby stipulate to voluntarily dismiss the Amended Counterclaim filed against the Counterdefendant with prejudice. Pursuant to that certain Settlement and Release Agreement between the Counterplaintiffs and Counterdefendant, which was approved by the United States District Court for the District of Delaware on December 15, 2005, Counterdefendant's claims against Counterplaintiffs have been deemed withdrawn and disallowed in full.

611917v1
CH\788643.3

Dated: Wilmington, Delaware
       _December 16_, 2005

                THE BAYARD FIRM

                _/s/_
                Neil B. Glassman (No. 2087)
                Steven M. Yoder (No. 3885)
                Christopher A. Ward (No. 3877)
                222 Delaware Avenue
                Suite 900
                P.O. Box 25130
                Wilmington, Delaware 19899
                (302) 655-5000

                -and-

                David S. Heller
                William J. Gibbons
                Josef S. Athanas
                Michael J. Faris
                Danielle S. Kemp
                LATHAM & WATKINS LLP
                Suite 5800 Sears Tower
                233 South Wacker Drive
                Chicago, Illinois  60606
                (312) 876-7700

                Attorneys for Counterplaintiff

                _/s/_
                Phillip Trainer
                Ricardo Palacio (#3765)
                Ashby & Geddes
                222 Delaware Avenue
                17th Floor
                Wilmington, Delaware 19899

                -and-

CH\788643.2

Joseph C. Arellano
KENNEDY, WATTS, ARELLANO
& RICKS, LLP
2850 Pacwest Center
1211 SW Fifth Avenue
Portland, Oregon 97204
(503) 228-6191

Attorneys for Counterdefendant

-3-

CH\788643.2