IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )<br>) Case No. 00-1982 (GMS) |
| GST TELECOM INC., et al., | ) ) Jointly Administered |
| Debtors. | ) ) ) ) |
| | |
| GST TELECOM INC., et al., | ) ) |
| Counterplaintiffs, | ) Civil Docket No. 04-CV-1380 ) ) |
| v. | ) ) |
| JOHN WARTA, | ) ) |
| Counterdefendant. | ) ) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE §
§ SS:
NEW CASTLE COUNTY §

Pamela A. Piunti, being duly sworn according to law, deposes and says that she is employed by The Bayard Firm, attorneys for the Debtors in the above-captioned action, and that on the 15th day of December, 2005, she caused copies of the **Order Approving Settlement Agreement Between the Debtors and Debtors-in-Possession and John Warta (Docket No. 66)** to be served upon the parties listed on the attached 2002 service list via U.S. First Class Mail.

Pamela A. Piunti

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: December 19, 2005

Notary Public

JEANNE T. CARRERA
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires April 28, 2006

612005v1

# GST Telecom Inc., et al.

## 2002 Service List

Siemens Information &
Communications Network
100 Technology Drive
Alpharetta   GA 30202


Attn: Marion Raley, Cash Manager
City of Austin
Treasury Office
P.O. Box 2106
Austin   TX 78768


Time Warner Telecom Inc.
Legal Department
10475 Park Meadows Drive
Littleton   CO 80124


Siemens Telecom Networks
Successor in Interest to
Siemens Stromberg-Carlson
900 Broken Sound Parkway
Boca Raton   FL 33487


Siemens Credit Corp.
200 Somerset Corporate Boulevard
Bridgewater   NJ 08807-2862


HongKongBank
Division of Marine Midland Bank
254 Canal Street
New York   NY 10013


NFTC Capital Corp.
220 Athens Way
Nashville   TN 37228


Wells Fargo Bank
National Association
#940
333 S. Grand Avenue
Los Angeles   CA 90071


Williams Telecommunications Systems, Inc.
2800 Post Oak Boulevard
Houston   TX 77056


Washington Mutual Bank, F.A.
400 E. Main Street
Stockton   CA 95290


Internet Financial Services LLC
Suite 350
801 Nicollet Mall
Minneapolis   MN 55402-2519


United Commercial Bank
Commercial Banking Division
711 Van Ness Avenue
San Francisco   CA 94102


Bank of Taiwan
#4525
601 S. Figueroa Street
Los Angeles   CA


Telecommunications Finance Group
SSN/Fein 133591133
400 Rinehart Road
Lake Mary   FL 32746


Santa Lucia Bank
7480 El Camino Road
Atasacadero   CA 93423


TM Communications Hawaii LLC
c/o Tomen America Inc.
1285 Avenue of the Americas
New York   NY 10019


Brad R. Godshall, Esquire
Pachulski Stang Ziehl & Young
Suite 1100
10100 Santa Monica Boulevard
Los Angeles   CA 90067

# GST Telecom Inc., et al.

## 2002 Service List

Francis A. Monaco, Esquire
Walsh & Monzack and Monaco, P.A.
Suite 400
1201 Orange Street
Wilmington  DE 19801

Pauline K. Morgan, Esquire
Young Conaway Stargatt & Taylor
1000 W. 17th Street
17th Floor
The Brandywine Building
Wilmington  DE 19801

Robert J. Dehney, Esquire
Gregory W. Werkheiser, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
Wilmington  DE 19801

Thomas R. Kreller, Esquire
Milbank Tweed Hadley & McCloy LLP
601 South Figueroa Street
Los Angeles  CA 90017

Luc A. Despins, Esquire
Milbank Tweed Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York  NY 10005-1413

Bruce Becker, Esquire
GST Telecommunications, Inc.
Suite A
9300 NE Oakview Drive
Vancouver  WA 98662

Peter A. Chapman, Esquire
572 Fernwood Lane
Fairless Hills  PA 19030

Aaron R. Cahn, Esquire
Carter Ledyard & Milburn
2 Wall Street
New York  NY 10005-2072
*The Bank of New*

Mr. Gerald F. Ganey, Sr. Vice President
United States Trust Company of New York
114 West 47th Street
New York  NY 10036-1532

Howard M. Levine, Esquire
Sussman Shank Wapnick Caplan & Stiles LLP
Suite 1400
1000 SW Broadway
Portland  OR 97205-3089

Danielle Kemp, Esquire
Latham & Watkins
Suite 8500
Sears Tower
233 South Wacker Drive
Chicago  IL 60606

Corinne Ball, Esquire
Amelia L. Sweetland, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York  NY 10153

Daniel J. DeFranceschi, Esquire
Richard Abrams, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington  DE 19899
*Deloitte & Touch*

Eric L. Schnabel, Esquire
Klett Rooney Lieber & Schorling
Suite 1410
The Brandywine Building
1000 West Street
Wilmington  DE 19801

| GST Telecom Inc., et al. |
|---|

## 2002 Service List

Lorainne S. McGowen, Esquire
Orrick Herrington & Sutcliffe LLP
666 Fifth Avenue
New York   NY 10103

Loren F. Levine, Esquire
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York   NY 10019-6064

Eliose A. Guzman, Esquire
Linebarger Heard Goggan Blair
 Graham Pena & Sampson LLP
P.O. Box 3064
Houston   TX 77253-3064
*Harris County Houston ISD and City of*

Richard G. Matson, Esquire
Bullivant Houser Bailey, P.C.
805 Broadway Street
Suite 400
Vancouver   WA 98660-3310

Mark N. Berman, Esquire
Hutchins, Wheeler & Dittmar, P.C.
101 Federal Street
Boston   MA 02110

R. Daniel Lindahl, Esquire
Bullivant, Houser, Bailey, P.C.
300 Poineer Tower
888 SW Fifth Avenue
Portland   OR 97204-2089

Russell D. Garrett, Esquire
Bullivant, Houser, Bailey, P.C.
805 Broadway
Suite 400
Vancouver   WA 98660-3310

Robert Moore, Esquire
Bullivant, Houser, Bailey, P.C.
300 Poineer Tower
888 SW Fifth Avenue
Portland   OR 97204-2089

Richard C. Furnival,
c/o of Linda E. Frischmeyer
Landerholm, Memovich, Lansverk,
& Whitesides, P.A.
915 Broadway
P.O. Box 1086
Vancouver   WA 98666-1086

Robert Fraley
Merrill Lynch Pierce Fenner & Smith Incorporated
7th Floor
North Tower
World Financial Center
New York   NY 10281-1307

Daniel Martin Lewis, Esquire
Arnold & Porter
Thurman Arnold Building
555 Twelfth Street, NW
Washington   DC 20004-1201

Leonard D. Hall, Esquire
The Cafaro Northwest Partnership
2445 Belmont Avenue
P.O. Box 2186
Youngstown   OH 44504-0186

Costa N. Kensington, Esquire
Howard D. Ressler, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York   NY 10020

# GST Telecom Inc., et al.

## 2002 Service List

Joanne B. Wills, Esquire
Steven K. Kortanek, Esquire
Klehr Harrison Harvey Branzburg & Ellers LLP
Suite 100
919 Market Street
Wilmington  DE 19801

Darryl S. Laddin, Esquire
Arnall Golden & Gregory, LLP
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta  GA 30309-3450

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
Suite 1200
1100 North Market Street
Wilmington  DE 19801-1246

Brad E. Erens, Esquire
Jones Day Reavis & Pogue
77 West Wacker
Chicago  IL 60601-1692

R. Karl Hill, Esquire
Seitz Van Ogtrop & Green, P.A.
Suite 1500
222 Delaware Avenue
P.O. Box 68
Wilmington  DE 19899
*Golden State Utility*

Carol K. Watson, Esquire
McInerney & Dillon, P.C.
18th Floor
One Kaiser Plaza
Oakland  CA 94612-3610

Attn: Jim Gillespie
Goldman, Sachs & Co.
29th Floor
85 Broad Street
New York  NY 10004

Stephen H. Warren, Esquire
Austin K. Barron, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles  CA 90071-2899

John M. Sorich, Esquire
Alvarado Smith & Sanchez, P.C.
Suite 1200
4 Park Plaza
Irvine  CA 92614

Steven M. Coren, Esquire
David Dormont, Esquire
Kaufman Coren Ress & Weidman, P.C.
17th Floor
1525 Locust Street
Philadelphia  PA 19102

Paul J. Pascuzzi, Esquire
Felderstein Willoughby & Pascuzzi LLP
Suite 1450
400 Capitol Mall
Sacramento  CA 95814-4434

Mr. Charles R. Moyer
Unisys Corporation
M/S E8-114
Unisys Way
P.O. Box 500
Blue Bell  PA 19424

Marc Abrams, Esquire
Willkie Farr & Gallagher
787 Seventh Avenue
New York  NY 10019

Michael W. Malter, Esquire
Binder & Malter
2775 Park Avenue
Santa Clara  CA 95050

# GST Telecom Inc., et al.

## 2002 Service List

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
Suite 904
824 Market Street
P.O. Box 1351
Wilmington   DE 19899

Roy J. Schmidt, Jr., Esquire
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles   CA 90071

Alan Horowitz
Buchalter Nemer Fields & Younger
Suite 400
895 Dove Street
P.O. Box 8129
Newport Beach   CA 92658-8129

Nan Cohan Jacobs, Esquire
Crabtree Schmidt Zeff & Jacobs
Second Floor
1100 14th Street
P.O. Box 3307
Modesto   CA 95353

Rex D. Rainach
A Professional Law Corporation
3622 Government Street
Baton Rouge   LA 70806-5720

Christopher J. Watkins, Esquire
CenturyTel of Washington, Inc.
805 Broadway
Vancouver   WA 98660

Philip Mindlin, Esquire
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York   NY 10019-6150

William L. Beecher, Esquire
Beecher & Conniff
Suite 150
615 Commerce
Tacoma   WA 98402

Daniel J. McCarthy, Esquire
Hill, Farrer & Burrill, LLP
37th Floor
One California Plaza
300 South Grand Avenue
Los Angeles   CA 90071-3147

Daniel L. Goodkin, Esquire
Susan L. Germaise, Esquire
Liner Yankelevitz et al
1100 Glendon Avenue FL 14
Los Angeles   CA 90024-3518

Leslie Ann Berkoff, Esquire
Moritt Hock Hamroff & Horowitz LLP
Suite 202
400 Garden City Plaza
Garden City   NY 11530

Susan Tius, Esquire
Cheryl A. Nakamura, Esquire
Ruch Moore Craven Sutton Morry & Beh
737 Bishop St. # 2400
Honolulu   HI 96813-3214

Attn: Louanne K. L. Kam, Esquire
Kamehameha Schools
Legal Department
P.O. Box 3466
Honolulu   HI 96801

Denise A. Kuhn, Senior Deputy Attorney General
Office of the Attorney General
3rd Floor
21 S. 12th Street
Philadelphia   PA 19107-3603

## GST Telecom Inc., et al.

## 2002 Service List

Mark A. Shaiken, Esquire
Stinson, Mag & Fizzell, P.C.
Suite 2700
1201 Walnut Street
Kansas City   MO 64106

Linda S. Law, Esquire
The City of Portland
Room 430
1221 SW 4th Avenue
Portland   OR 97204

Alison K. North, Esquire
Pima County Attorney
Civil Division
Suite 2100
32 N. Stone Avenue
Tucson   AZ 85701

Douglas P. Ditonto, Esquire
Southern California Edison Company
Law Department
Suite 331
2244 Walnut Grove Avenue
Rosemead   CA 91770

Patricia Pyles McGonigle, Esquire
Sietz Van Ogtrop & Green, P.A.
Suite 1500
222 Delaware Avenue
P.O. Box 68
Wilmington   DE 19899

Michael Reed, Esquire
McCreary, Veselka, Bragg & Allen, P.C.
P.O. Box 26990
Austin   TX 78755

Conrad K. Chiu, Esquire
Oppenheimer Wolff & Donnelly LLP
45 S. 7th St., Ste 3300
Minneapolis   MN 55402-1650

Joseph Grey, Esquire
Stevens & Lee, P.C.
Suite 800
300 Delaware Avenue
Wilmington   DE 19899
*Ronald*

Richard Nobles, Esquire
California State Lands Commission
Suite 100 South
100 Howe Avenue
Sacramento   CA 95825-8202

Attn: John Whipple
Tulare County Tax Collector
Room 104-E
County Civic Center
Visalia   CA 93291-4593

Attn: Linda Crane Nelsen
King County Treasury Division
Room #600
500 Fourth Avenue
Seattle   WA 98104-2340

Jane Pearson
Foster Pepper & Shefelman PLLC
Suite 3400
1111 Third Avenue
Seattle   WA 98101

Philip Trainer, Esquire
Ricardo Palacio, Esquire
Ashby & Geddes
17th Floor
222 Delaware Avenue
P.O. Box 1150
Wilmington   DE 19801
*Houlihan, Lokey Howard & Zukin and Inforum Communications*

# GST Telecom Inc., et al.

## 2002 Service List

Richard M. Lorenzen, Esquire
Brown & Bain, A Professional Corporation
2901 North Central Avenue
P.O. Box 400
Phoenix   AZ 85001-0400

Mark Minuti, Esquire
Tara L. Lattomus, Esquire
Saul Ewing Remick & Saul LLP
Suite 1200
222 Delaware Avenue
P.O. Box 1266
Wilmington   DE 19899
*City of Pasadena, Kennedy-Wilson*

Oscar S. Lizardi, Esquire
Rusing & Lopez, PLLC
Suite 200
6262 N. Swan Road
Tuscon   AZ 85718

Richard A. Chesley, Esquire
Jones Day Reavis & Pogue
77 West Wacker
Chicago   IL 60601-1692
*Houlihan, Lokey, Howard &*

David J. Hoyt, Esquire
Andrews & Kurth LLP
450 Lexington Avenue FL 15
New York   NY 10017-3939
*Counsel to HBK Master Fund*

Mr. David Haley
HBK Master Fund, L.P.
Suite 700
300 Crescent Court
Dallas   TX 75201

Attn: Carl Sonne, Esquire
Communication TeleSystems Int'l, Inc.
9999 Willow Creek Road
San Diego   CA 92131
*Communications TeleSystems*

Lawrence P. Eagel, Esquire
Bragar Wexler Eagel & Morgenstern, LLP
883 3rd Avenue, STE 3040
New York   NY 10022-4834
*Aerotel, Ltd and Aerotel USA,*

Thomas H. Forrester, Esquire
Gullett, Sanford, Robinson, & Martin, PLLC
230 Fourth Avenue North
P.O. Box 198888
Nashville   TN 37219-8888
*ComPlus,*

Nextlink
Attn: Accounts Payable
1924 E. Deere Avenue
Santa Ana   CA 92704

Linda M. Carmichael, Esquire
White and Williams LLP
Suite 902
824 North Market Street
P.O. Box 709
Wilmington   DE 19899
*Counsel for CIT Group/ Equipment*

Mark Browning, Esquire, Assistant Attorney General
Bankruptcy and Collections Division
c/o Sherri K. Simpson
P.O. Box 12548
Austin   TX 78711-2548

Elliot H. Herskowitz
Regen Capital I, Inc.
Planetarium Station
P.O. Box 626
New York   NY 10024-0540
*Regen Capital,*

# GST Telecom Inc., et al.

## 2002 Service List

Bonnie J. Paskvan, Esquire
GCI
Suite 1000
2550 Denali Street
Anchorage   AK 99503-2781
*Counsel for GCI Communication*

Paul F. Ready, Esquire
Farmer & Ready
1254 Marsh Street
P.O. Box 1443
San Luis Obispo   CA 93406
*Counsel for Creditor The Dolezal Family Limited Partnership*

Mark Rubin, Esquire
Law Office of Mark Rubin, P.L.C.
3900 East Broadway Boulevard
Tucson   AZ 85711
*Counsel for Tucson Electric Power*

Elaine Stuart, Manager of Special Accounts
Leasetec Corporation
1000 So. McCaslin Boulevard
Superior   CO 80027

Dorian Daley, Assistant General Counsel
Oracle Corporation
Mail Stop 5op7
500 Oracle Parkway
Redwood City   CA 94065
*Attorneys for Oracle Corporation and Oracle Credit Corporation*

Joseph A. Gibbs, Esquire
Law Offices of Joseph A. Gibbs
Suite 211
74-900 Highway 11
Indian Wells   CA 92210
*Counsel for Intec*

Michael Shippey, Esquire
Intec Telecommunications, Inc.
P.O. Box 1077
Palm Desert   CA 92261-1077

Mary Ellen Sloan
Deputy District Attorney
S-3600
2001 South State Street
Salt Lake City   UT 84190-1200
*on behalf of the Salt Lake County*

Lawrence Bass
Holme, Roberts & Owen LLP
Suite 1400
1700 Lincoln Street
Denver   CO 80203
*Counsel for Rhythms*

John L. Ruppert, Esquire
Brownstein, Hyatt & Farber, P.C.
22nd Floor
410 17th Street
Denver   CO 80202
*Counsel for Rhythms*

Catherine Wang
Jennifer Schneider
Swidler Berlin Shereff Friedman, LLP
Suite 300
3000 "K" Street, N.W.
Washington   DC 20007

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell, P.A.
Suite 1700
300 Delaware Avenue
P.O. Box 1630
Wilmington   DE 19899

# GST Telecom Inc., et al.

## 2002 Service List

San Bernardino County Treasurer and
Tax Collector
1st Floor
172 W. Third Street
San Bernardino   CA 92415

Paul McDonnell
Treasurer and Tax Collector
Att: Maria 'O'Neil
P.O. Box 12005
Riverside   CA 92502-2205

Smith Johnson & Associates Inc.
c/o Dennis M. Johnson
# 200
11778 S. Election Road
Draper   UT 84020

Robert L. Eisenbach III, Esquire
Vitria Technology, Inc.
c/o Cooley Godward LLP
20th Floor
One Maritime Plaza
San Francisco   CA 94111-3580
*Vitria*

Kathleen M. Miller
Smith Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington   DE 19899

Chris D. Carlson
Electronic Data Systems Corporation
MS: H3-3A-05
5400 Legacy Drive
Plano   TX 75024

Aaron J. Bell
P.O. Box 729
Canby   OR 97013
*Merrill*

Mark Brandon
Bank of American Commercial Banking
Suite 225
805 Broadway
Vancouver   WA 98660

Dan Askenazi
Madison Capital Management
Suite 200
6143 South Willow Drive
Greenwood   CO 80111
*Madsion Capital*

Romano Peluso
The Bank of New York
101 Barclay Street
New York   NY 10286

Douglas W. Jessop, Esquire
Steven T. Mulligan, Esquire
Suite 930
303 East 17th Avenue
Denver   CO 80203

Joseph McMahon
Office of the United States Trustee
Room 2313
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington   DE 19801

Michelle Morgan Harner, Esquire
Carl E. Black, Esquire
Jones Day Reavis & Pogue
901 Lakeside Avenue
Cleveland   OH 44114
*XO Communications*

# GST Telecom Inc., et al.

## 2002 Service List

Zachary Mosner, Esquire
Office of the Attorney General
Bankruptcy & Collections Unit
Suite 2000
900 Fourth Avenue
Seattle  WA 98164-1012
*State of*

Laura Davis Jones, Esquire
Rachel Lowy, Esquire
Pachulski Stang Ziehl Young & Jones
Suite 1600
919 Market Street
Wilmington  DE 19801

David E. Retter, Esquire
Kelley Drye & Warren LLP
101 Park Avenue
New York  NY 10178
*HSBC Bank*

Jan Wray, Bankruptcy Files Coordinator
Old Dominion Freight Line Inc.
500 Old Dominion Way
Thomasville  NC 27360

John Eleazarian, Esquire
7489 North First Street
Fresno  CA 93720-2823
*Nolan Thomas*

Christopher S. Sontchi, Esquire
Joseph C. Handlon, Esquire
Ashby & Geddes, P.A.
17th Floor
222 Delaware Avenue
P.O. Box 1150
Wilmington  DE 19899
*Nolan Thomas*

Ian C. Bifferato, Esquire
Megan Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
The Buckner Building
Wilmington  DE 19899-2165

Eric D. Statman
Lovells
900 Third Avenue
New York  NY 10022
*Nortel Networks,*

Cynthia C. Hemme, Senior Counsel
Nortel Networks Law Department
4010 East Chapel Hill-Nelson Highway
Research Triangle Park  NC 27709
*Nortel Networks,*

Trevor Jones
Rana Robinson
Nortel Netoworks
Suite 100
8200 Dixie Road
Brampton, Ontario
CANADA  L62 5P6
*Nortel Networks,*

Maurie Shalmone
Longacre Master Fund, Ltd.
810 Seventh Avenue
22nd Floor
New York  NY 10019

Christopher H. Kent, Esquire
Leslie S. Johnson, Esquire
Kent Custis, LLP
1500 S.W. Taylor Street
Portland  OR 97205

## GST Telecom Inc., et al.

# 2002 Service List

Robert G. Cass, Esquire
MCI
6929 N. Lakewood Avenue
MD 5.3-409F
Tulsa   OK 74117
*WorldCom, Inc. d/b/a*


Civky Namken
Bankruptcy Coordinator
IBM Corporation and IBM Credit Corporation
13800 Diplomat
Dallas   TX 75234